COAST LAW GROUP, LLP
MARCO A. GONZALEZ (SBN 190832)
LIVIA BORAK (SBN 259434)
1140 South Coast Highway 101
Encinitas, CA 92024
Ph: (760) 942-8505
Fx: (760) 942-8515
email: marco@coastlawgroup.com

Attorneys for Plaintiff
COASTAL ENVIRONMENTAL RIGHTS FOUNDATION

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COASTAL ENVIRONMENTAL RIGHTS FOUNDATION, a non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> VERIDIAM, INC. a Delaware corporation, <br><br> Defendant. | Civil Case No.: **'15 CV 2260 WQH DHB** <br><br> **COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND CIVIL PENALTIES** <br><br> **(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq*.)** |

Coastal Environmental Rights Foundation, (hereinafter referred to as "CERF" or "Plaintiff"), by and through its counsel, hereby alleges:

## I.      JURISDICTION AND VENUE

1.      This is a civil suit brought under the citizen suit enforcement provisions of the Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq*. (the "Clean Water Act" or the "CWA"). This Court has subject matter jurisdiction over the parties and this action pursuant to Section 505(a)(1) of the CWA, 33 U.S.C. § 1365(a)(1), and 28 U.S.C. § 1331 (an action for declaratory and injunctive relief arising under the Constitution and laws of the United States).

2.      On January 27, 2015, CERF issued a 60-day notice letter ("Notice Letter") to Veridiam, Inc., ("Veridiam" or "Defendant") and the County of San Diego ("County"), regarding their violations of the Clean Water Act, and of CERF's intention to file suit against Defendant. The Notice Letter was sent to the registered agent for Veridiam, C.T. Corporation System, as required by 40 C.F.R. § 135.2(a)(2), the County Clerk, as well as the Administrator of the United States Environmental Protection Agency ("EPA"), the Administrator of EPA Region IX, the Executive Director of the State Water Resources Control Board ("State Board"), and the Executive Officer of the Regional Water Quality Control Board, San Diego Region ("Regional Board") as required by CWA, 33 U.S.C. § 1365(b)(1)(A). A true and correct copy of the Notice Letter is attached hereto as Exhibit A and incorporated herein.

3.      More than sixty days has passed since the Notice Letter was served on Defendant and the State and Federal agencies. Plaintiff is informed and believes, and thereon alleges, that neither the EPA nor the State of California has commenced or is diligently prosecuting an action to redress the violations alleged in this complaint. (33 U.S.C. § 1365(b)(1)(B)). This action is not barred by any prior administrative penalty under Section 309(g) of the CWA, 33 U.S.C. § 1319(g).

4.      Venue is proper in the Southern District of California pursuant to Section 505(c)(1) of the CWA, 33 U.S.C. § 1365(c)(1), because the sources of the violations are

1  located within this judicial district.

2  **II.   INTRODUCTION**

3      5.    This complaint seeks relief for the Defendant's unlawful discharge of

4  pollutants into waters of the United States from its operations at 1717 Cuyamaca Street,

5  El Cajon, California, 92020 ("Veridiam Facility" or "Site"). Specifically, Defendant

6  discharges storm water runoff from the Site into storm drains, Forester Creek, San

7  Diego River, and ultimately the Pacific Ocean (collectively referred to as the "Receiving

8  Waters"). This complaint also seeks relief for Defendant's violations of the filing,

9  monitoring, reporting, discharge and management practice requirements, and other

10  procedural and substantive requirements of California's General Permit for Discharges

11  Associated with Industrial Activities (*National Pollution Discharge Elimination System*

12  *("NPDES") General Permit No. CAS000001, State Water Resources Control Board*

13  *Water Quality Order No. 97-03-DWQ, as amended by Order No. 97-03-DWQ)*

14  ("Industrial Permit"). This complaint further seeks relief to prevent discharges in

15  violation of the Industrial Permit as amended by *Order No. 2014-0057-DWQ*. These are

16  ongoing and continuous violations of the Clean Water Act and the Industrial Permit.

17      6.    With every rainfall event, hundreds of millions of gallons of polluted

18  rainwater, originating from industrial operations such as the Veridiam Facility, pours

19  into San Diego storm drain systems, Forester Creek, the San Diego River and ultimately

20  the Pacific Ocean. This discharge of pollutants in storm water from industrial activities

21  such as the Veridiam Facility contributes to the impairment of downstream waters and

22  compromises or destroys their beneficial uses.

23  **III.   PARTIES**

24      **A.   Coastal Environmental Rights Foundation**

25      7.    Plaintiff CERF is a non-profit public benefit corporation organized under

26  the laws of the State of California.

27      8.    CERF's office is located at 1140 South Coast Highway 101, Encinitas

28  California, 92024.

9.     CERF was founded by surfers in North San Diego County and active throughout California's coastal communities. CERF was established to aggressively advocate, including through litigation, for the protection and enhancement of coastal natural resources and the quality of life for coastal residents. One of CERF's primary areas of advocacy is water quality protection and enhancement.

10.     CERF has over 1,000 members who live and/or recreate in and around Forester Creek, San Diego River, and the Pacific Ocean.

11.     Members of CERF use and enjoy the Receiving Waters to fish, sail, boat, kayak, paddle board, surf, swim, hike, view wildlife, and engage in scientific study including monitoring activities, among other activities. Defendant discharges pollutants from the Sites to the Receiving Waters used by CERF's members. Thus, Defendant's discharge of pollutants impairs CERF's members' uses and enjoyment of the Receiving Waters.

12.     The interests of CERF's members have been, are being, and will continue to be adversely affected by the Defendant's failure to comply with the Clean Water Act and the Industrial Permit.  The relief sought herein will redress the harms to Plaintiff caused by Defendant's activities. Continuing commission of the acts and omissions alleged above will irreparably harm Plaintiff's members, for which harm they have no plain, speedy or adequate remedy at law.

**B.     The Veridiam Facility Owners and/or Operators**

13.     CERF is informed and believes that Veridiam, Inc. is a private corporation organized under the laws of the State of Delaware, and is located in El Cajon, California.

14.     CERF is informed and believes, and thereon alleges that the County of San Diego is current owner of the property located at 1717 Cuyamaca Street, El Cajon, California, 92020 ("Property"). CERF is informed and believes, and thereon alleges, Veridiam, Inc. leases a portion of the Property from County.

/././

Complaint for Declaratory and Injunctive Relief and Civil Penalties

## IV.   STATUTORY BACKGROUND

### A.   The Clean Water Act

15.     Section 301(a) of the Clean Water Act, 33 U.S.C. § 1311(a), prohibits the discharge of any pollutant into waters of the United States unless the discharge complies with various enumerated sections of the CWA. Among other things, Section 301(a) prohibits discharges not authorized by, or in violation of, the terms of an NPDES permit issued pursuant to Section 402 of the CWA, 33 U.S.C. § 1342.

16.     Section 402(p) of the CWA establishes a framework for regulating municipal and industrial storm water discharges under the NPDES program. (33 U.S.C. § 1342(p)). States with approved NPDES permit programs are authorized by Section 402(b) to regulate industrial storm water discharges through individual permits issued to dischargers and/or through the issuance of a single, statewide general permit applicable to all industrial storm water dischargers. (33 U.S.C. § 1342).

17.     Section 402(b) of the CWA allows each state to administer its own EPA-approved permit for storm water discharges. (33 U.S.C. § 1342(b)). In California, the State Board is charged with regulating pollutants to protect California's water resources.

18.     The Industrial Permit is a statewide general NPDES permit issued by the State Board pursuant to Section 402 of the CWA that regulates the discharge of pollutants from industrial sites. (33 U.S.C. § 1342).

19.     Section 505(a)(1) of the CWA provides for citizen enforcement actions against any "person" who is alleged to be in violation of an "effluent standard or limitation… or an order issued by the Administrator or a State with respect to such a standard or limitation." (33 U.S.C. § 1365(a)(1)).

20.     An action for injunctive relief under the CWA is authorized by 33 U.S.C. § 1365(a).

21.     Each separate violation of the Clean Water Act subjects the violator to a penalty of up to $37,500 per day per violation for all violations occurring after January 27, 2009. (33 U.S.C. § 1319(d); Adjustment of Civil Monetary Penalties for Inflation,

40 C.F.R. §19.4).

22.     Section 505(d) of the Clean Water Act permits prevailing parties to recover costs, including attorneys' and experts' fees. (33 U.S.C. § 1365(d)).

**B.     California's Industrial Permit**

23.     The Industrial Permit, NPDES General Permit No. CAS000001, Water Quality Order No. 92-12-DWQ, as amended by Order No. 97-03-DWQ  and Order No. 2014-0057-DWQ is an NPDES permit adopted pursuant to Section 402 of the CWA, 33 U.S.C. § 1342(b) and 40 C.F.R § 123.25.  In order to discharge storm water lawfully in California, industrial dischargers must secure coverage under the Industrial Permit and comply with its terms, or obtain and comply with an individual NPDES permit. The Industrial Permit as amended pursuant to Order No. 2014-0057-DWQ, became effective July 1, 2015 ("New Industrial Permit").

24.     Failure to comply with the Industrial Permit or New Industrial Permit constitutes a Clean Water Act violation. (Industrial Permit, § C.1; New Industrial Permit §XXI.A.).

25.     Discharge Prohibitions A(1) of the Industrial Permit and III.B. of the New Industrial Permit prohibit the direct or indirect discharge of materials other than storm water ("non-storm water discharges"), which are not otherwise regulated by an NPDES permit, to the waters of the United States. Discharge Prohibition A(2) of the Industrial Permit and III.C. of the New Industrial Permit prohibit storm water discharges and authorized non-storm water discharges which cause or threaten to cause pollution, contamination, or nuisance.

26.     Effluent limitations B(3) of the Industrial Permit and V.A. of the New Industrial Permit require facility operators to reduce or prevent pollutants associated with industrial activity in storm water discharges and authorized non-storm water discharges through the implementation of Best Available Technology Economically Achievable ("BAT") for toxic pollutants and Best Conventional Pollutant Control Technology ("BCT") for conventional pollutants.

27.     Industrial Permit Receiving Water Limitation C(1) and New Industrial Permit Receiving Water Limitation VI.B. prohibit storm water discharges and authorized non-storm water discharges to surface or groundwater that adversely impacts human health or the environment.

28.     Industrial Permit Receiving Water Limitation C(2) and New Industrial Permit Receiving Water Limitation VI.A. prohibit storm water discharges and authorized non-storm water discharges that cause or contribute to an exceedance of an applicable water quality standard in a Statewide Water Quality Control Plan or the applicable Regional Board's Basin Plan.

29.     Section A(1) and Provision E(2) of the Industrial Permit require dischargers to have developed and implemented a Storm Water Pollution Prevention Plan ("SWPPP") by October 1, 1992, or prior to beginning industrial activities, that meets all the requirements of the Industrial Permit. Sections X.A. and B. of the New Industrial Permit require development and implementation of site-specific SWPPPs by July 1, 2015 or upon commencement of industrial activity.

30.     The objective of the SWPPP is to identify and evaluate sources of pollutants associated with industrial activities that may affect the quality of storm water discharges from the Sites, and identify and implement site-specific Best Management Practices ("BMPs") to reduce or prevent pollutants associated with industrial activities in storm water discharges. (Industrial Permit, Section A(2); New Industrial Permit, Section X.C.1).

31.     To ensure its effectiveness, the SWPPP must be evaluated on an annual basis, and it must be revised as necessary to ensure compliance with the Permit. (Industrial Permit, Sections A(9), (10); New Industrial Permit, Sections XA. And X.B.1.).

32.     Sections A(3) through A(10) of the Industrial Permit and Sections X.A to X.I. of the New Industrial Permit set forth the requirements for a SWPPP.

33.     The SWPPP must include a site map showing the facility boundaries,

Complaint for Declaratory and Injunctive Relief and Civil Penalties

storm water drainage areas with flow patterns, nearby water bodies, the location of the storm water collection, conveyance and discharge system, structural control measures, areas of actual and potential pollutant contact, and areas of industrial activity. (Industrial Permit, Section A(4); New Industrial Permit, Section X.E.).

34.     Dischargers are also required to prepare and implement a monitoring and reporting program ("M&RP"). (Industrial Permit, Sections E(3), B(1); New Industrial Permit, Section XI).

35.     The objective of the M&RP is to ensure that storm water discharges are in compliance with the Industrial Permit (up to July 1, 2015) and New Industrial Permit (July 1, 2015 and thereafter) Discharge Prohibitions, Effluent Limitations, and Receiving Water Limitations. (Industrial Permit, Section B(2); New Industrial Permit, Finding J.56).

36.     The Industrial Permit and New Industrial Permit require dischargers to conduct visual observations for the presence of unauthorized non-storm water discharges on a quarterly basis, to document the source of any discharge, and to report the presence of any discolorations, stains, odors, and floating materials in the discharge.

37.     The Industrial Permit and New Industrial Permit require dischargers to visually observe storm water discharges at all discharge locations from one storm event per month during the wet season (October 1 - May 30) and to document the presence of any floating and suspended materials, oil and grease, discolorations, turbidity, or odor in the discharge, and the source of any pollutants.

38.     Both the Industrial Permit and New Industrial Permit require dischargers to maintain records of observations, observation dates, locations observed, and responses taken to eliminate unauthorized non-storm water discharges and to reduce or prevent pollutants from contacting non-storm water and storm water discharges.

39.     The Industrial Permit requires dischargers to collect a sample from all discharge points during the first storm event of the wet season and during at least one other storm event of the wet season, for a total of two samples per wet season.

(Industrial Permit, Section (B)(5)). The New Industrial permit requires dischargers to collect and analyze storm water samples from two storm events with the first half of each reporting year (July 1 to December 31) and two from the second half (January 1 to June 30). (New Industrial Permit, Section XI.B.2.).

40.     Dischargers must analyze each sample for pH, total suspended solids, oil and grease, and for toxic chemicals and other pollutants likely to be present in significant quantities in the storm water discharged from the facility. (Industrial Permit, Section B(5)(c); New Industrial Permit, Section XI.B.6).

41.     Dischargers must submit "Annual Reports" to the Regional Board in July of each year. (Industrial Permit, Section B(14); New Industrial Permit, Section XVI.A.).

## V.     STATEMENT OF FACTS

### A.     Veridiam Facility

42.     CERF is informed, believes, and thereon alleges the Veridiam Facility is in the business of fabricating metals for medical, aerospace, defense, nuclear power, aircraft engines, electronics, and gas industries. The Veridiam Facility belongs to Sector AA of the Industrial Permit and its standard industrial classification (SIC) code is 3499.

43.     CERF is informed, believes, and thereon alleges the Veridiam Facility manufactures specialty metal products using raw material steels and non-ferrous alloys.

44.     CERF is informed, believes, and thereon alleges the Site is comprised of a main two-story building and several smaller single-story buildings. CERF is informed, believes, and thereon alleges the Site is approximately 311,715 square feet and is comprised of several areas serving unique functions. The acid neutralization area contains acid and base solutions along with tanks of rinse water. The solutions also contain various concentrations of metals from the parts processed.

45.     CERF is informed, believes, and thereon alleges hazardous materials, including flammable liquids, acids, caustic solutions and toxic chemicals are received in various containers including 55-gallon drums and may be stored outdoors.

46.     CERF is informed, believes, and thereon alleges metal parts come in

contact with a variety of chemicals including organic solvents such as toluene, and various acids and caustic solutions and deionized water. The metal parts are also machined and ground into fine metal dust and turnings.

47.     CERF is informed, believes, and thereon alleges some raw materials, including metal alloys, and finished products are stored outdoors with exposure to storm water.

48.     CERF is informed, believes, and thereon alleges that storm water is conveyed from the northern part of the Site to the south and east.

49.     The Veridiam Facility discharges into storm drains that discharge into Forester Creek, downstream to the San Diego River, and ultimately the Pacific Ocean.

50.     The EPA promulgated regulations for the Section 402 NPDES permit program defining waters of the United States. (*See* 40 C.F.R. § 122.2). The EPA interprets waters of the United States to include not only traditionally navigable waters but also other waters, including waters tributary to navigable waters, wetlands adjacent to navigable waters, and other waters including intermittent streams that could affect interstate commerce. The CWA requires any person who discharges or proposes to discharge pollutants into waters of the United States to submit an NPDES permit application. (40 C.F.R. § 122.21).

51.     The Clean Water Act confers jurisdiction over non-navigable waters that are tributary to traditionally navigable waters where the non-navigable water at issue has a significant nexus to the navigable water. (*See Rapanos v. United States,* 547 U.S. 715 (2006). A significant nexus is established if the "[receiving waters], either alone or in combination with similarly situated lands in the region, significantly affect the chemical, physical, and biological integrity of other covered waters." (*Id.* at 780).

52.     A significant nexus is also established if waters that are tributary to navigable waters have flood control properties, including functions such as the reduction of flow, pollutant trapping, and nutrient recycling. (*Id.* at 783).

53.     Information available to CERF indicates that each of the surface waters

Complaint for Declaratory and Injunctive Relief and Civil Penalties

into which the Veridiam Facility discharges polluted storm water are tributaries to traditional navigable waters, such as the San Diego River and the Pacific Ocean.

54.    CERF is informed and believes, and thereon alleges the Veridiam Facility's polluted discharges cause and/or contribute to the impairment of water quality in Forester Creek. Elevated levels of total dissolved solids have resulted in the inability of the Forester Creek to support its beneficial uses.

55.    Water Quality Standards are pollutant concentration levels determined by the State Board and the EPA to be protective of the beneficial uses of the receiving waters. Discharges above Water Quality Standards contribute to the impairment of the receiving waters' beneficial uses.

56.    The applicable Water Quality Standards include, but are not limited to, those set out by the State of California in the Criteria for Priority Toxic Pollutants, 40 C.F.R. § 131.38 , ("California Toxics Rule" or "CTR") and in the Basin Plan. The CTR limits are, in part, as follows: lead – .065 milligrams per liter (mg/L); copper – .013 mg/L; zinc – .12 mg/L. These numeric criteria are set to protect human health and the environment in the State of California. The CTR limits represented are the maximum concentration levels permissible to achieve health and environmental protection goals.

57.    EPA Benchmarks are the pollutant concentrations above which EPA has determined are indicative of a facility not successfully developing or implementing BMPs that meet BAT for toxic pollutants and BCT for conventional pollutants. (See Multi-Sector General Permits for Stormwater Discharges Associated with Industrial Activity (MSGP), 2015, §§6.2.1, 8.AA, Table 8.AA-1). The benchmark values provide an appropriate level to determine whether a facility's storm water pollution prevention measures are successfully implemented. (MSGP Fact Sheet, p. 52). Failure to conduct and document corrective action and revision of control measures in response to benchmark exceedances constitutes a permit violation. (*Id*., at p. 65).

58.    EPA has established the following benchmark values for Sector AA, Subsector AA1, Fabricated Metal Products, except coating: iron – 1.0 mg/L; aluminum

Complaint for Declaratory and Injunctive Relief and Civil Penalties

0.75 mg/L; zinc[1] – 0.04-.26 mg/L; nitrate plus nitrite nitrogen – 0.068 mg/L. (MSGP, §8.AA.5, Table 8.AA-1).

59.     The Regional Board's Basin Plan establishes water quality objectives, implementation plans for point and nonpoint source discharges, and prohibitions, and furthers statewide plans and policies intended to preserve and enhance the beneficial uses of all waters in the San Diego region. (*See* Basin Plan at 1-1). The Basin Plan identifies several beneficial uses for regional waters, including for Forester Creek. The Basin Plan establishes the following water quality objectives for the San Diego Hydrologic Unit: pH – not less than 6.5 and not greater than 8.5.

**B.     Past and Present Industrial Activity at the Veridiam Facility**

60.     CERF is informed, believes, and thereon alleges that in its Notice of Intent to Obtain Coverage under Industrial Permit submitted to the Regional Board, the Defendant list its operations as Standard Industrial Classification ("SIC") code 3499 for facilities primarily engaged in fabricated metal products ("Fabricated Metal Products").

61.     CERF is informed, believes, and thereon alleges that the Defendant engages in manufacturing specialty metal products using raw material steels and non-ferrous alloys.

62.     The potential pollutant sources associated with the industrial activities at the Veridiam Facility include, but are not limited to: equipment and machinery storage areas, which may contribute rust and/or oils; garnet sand from the blasting of parts, accumulating at the base of the machine and on the driveway near the machine shop; loading and unloading operations for paints, chemicals, and raw materials; outdoor storage activities for raw materials, paints, empty containers, corn cobs, chemicals, and scrap metals; outdoor manufacturing or processing activities such as grinding, cutting, degreasing, buffing, and brazing; onsite waste disposal practices for spent solvents, sludge, pickling baths, shavings, ingot pieces, and refuse and waste piles.

---

[1] The zinc benchmark is dependent on water hardness.

Complaint for Declaratory and Injunctive Relief and Civil Penalties

63.     CERF is informed, believes, and thereon alleges that pollutants present in storm water discharged from the Veridiam Facility therefore include but are not limited to: toxic metals such as copper, iron, zinc, lead, and aluminum; petroleum products including oil, fuel, grease, transmission fluids, brake fluids, hydraulic oil and diesel fuel; chemical admixtures, acids and solvents; total suspended solids and pH-affecting substances; and fugitive and other dust, dirt and debris.

64.     Based upon CERF's investigation, CERF is informed and believes and thereon alleges Defendant stores metal and other materials outside where it is exposed to storm water.

65.     CERF is informed and believes and thereon alleges that there are drums and other containers stored on-Site that are uncovered and/or uncontained.

66.     CERF is informed and believes and thereon alleges that several drains at the Veridiam Facility convey storm water pollution off the site and into area storm drains and the Forester Creek drainage channel.

67.     CERF is informed and believes that the Veridiam Facility lacks effective BMPs to control the flow of storm water from the Facility into the Forester Creek drainage channel. As a result, nitrates, metal particles, and other pollutants have been and continue to be conveyed from the Veridiam Facility into the Forester Creek drainage channel.

68.     As a result, CERF is informed and believes and thereon alleges that during rain events at the Veridiam Facility, storm water carries pollutants from the outdoor storage areas, bins and dumpsters, floor contaminants, equipment, uncontained metal drums, and other sources directly into the storm drains and Forester Creek drainage channel.

69.     CERF is informed and believes and thereon alleges that the Veridiam Facility pollution control measures are ineffective in controlling the exposure of pollutant sources to storm water at the Veridiam Facility.

/././

Complaint for Declaratory and Injunctive Relief and Civil Penalties

**C.    The Veridiam Facility and its Associated Discharge of Pollutants**

70.    CERF is informed, believes, and thereon alleges that with every significant rain event, the Veridiam Facility discharges polluted storm water from the industrial activities at the facility via the City of San Diego's storm drain system and into the Receiving Waters.

71.    CERF is informed, believes, and thereon alleges that the Receiving Waters into which the Veridiam Facility discharges polluted storm water are waters of the United States and therefore the Industrial Permit properly regulates discharges to those waters.

72.    Because discharges from the Veridiam Facility contain metals and, the Veridiam Facility's polluted discharges cause and/or contribute to the impairment of water quality in the Receiving Waters.

73.    CERF is informed, believes, and thereon alleges that the storm water discharged from the Veridiam Facility has exceeded the CTR Water Quality Standards applicable to zinc in California. For example, Defendant's 2008-2009 annual report monitoring data indicates levels of zinc as high as 19.0 mg/L which is over 150 times the CTR limit of .12 mg/L and over 140 times the EPA Benchmark value for zinc of .13 mg/L.[2] (MSGP, §8.AA.5, Table 8.AA.-1).

74.    More recently, Defendant's 2011-2012 and 2013-2014 monitoring data also indicates high levels of zinc, with exceedances ranging from .166 to 2.44 mg/L.

75.    CERF is informed, believes, and thereon alleges that the storm water discharged from the Veridiam Facility has also exceeded the EPA Benchmark value for aluminum. For example, Defendant's 2008-2009 annual report monitoring data indicates exceedance levels of aluminum at 8.72 and 8.22 mg/L, which are over ten times the EPA Benchmark value for aluminum of .75 mg/L. (MSGP, §8.AA.5, Table 8.AA.-1).

---

[2] This benchmark value is hardness-dependent. Assuming the 100-125 mg/L water hardness range applies, the benchmark is .13 mg/L.

Complaint for Declaratory and Injunctive Relief and Civil Penalties

76.     More recently, Defendant's 2011-2012 monitoring data indicated aluminum exceedance levels of .89 and 1.03.

77.     CERF is informed, believes, and thereon alleges that the storm water discharged from the Veridiam Facility has exceeded the EPA Benchmark value for nitrate plus nitrite nitrogen. For example, Defendant's annual report monitoring data indicates exceedance levels of nitrate plus nitrite nitrogen ranging from .7 to 3.34 mg/L for the last four years, and as high as 19.1 mg/L for the 2008-2009 reporting period. The EPA benchmark value for nitrate plus nitrite nitrogen is 0.68 mg/L. (MSGP, §8.AA.5, Table 8.AA.-1).

78.     CERF is informed, believes, and thereon alleges that storm water discharged from the Veridiam Facility has also exceeded the San Diego Basin Plan Water Quality Objective for hydrogen ion concentration (pH). For inland surface waters, the pH Water Quality Objective is a range, from 6.5 to 8.5. Storm water discharged from the Veridiam Facility has historically failed to meet the minimum threshold of 6.5. For example, during the 2008-2009 reporting year, Defendant's monitoring data indicated a pH as low as 4.0. During the 2011-2012 and 2013-2014 reporting years, pH exceedances ranged from 5.99 to 6.38.

79.     CERF is informed, believes, and thereon alleges that during every significant rain event that has occurred at the Veridiam Facility since January 27, 2010 through the present, Defendant has discharged and continues to discharge storm water from the Veridiam Facility that contains pollutants at levels in violation of the prohibitions and limitations set forth in the Industrial Permit and other applicable Water Quality Standards.

80.     CERF is informed, believes, and thereon alleges, from visual observations, sample results, and investigations available to CERF, the Defendant has failed and continues to fail to develop and/or implement adequate BMPs to prevent the discharge of polluted storm water from the Veridiam Facility. The inadequacy of the BMPs at the Veridiam Facility is a result of the Defendant's failure to develop and implement an

adequate SWPPP and companion M&RP for this Site. Therefore, storm water discharges from the Veridiam Facility contain pollutant concentration levels that are above both EPA Benchmarks and applicable Water Quality Standards.

81.     CERF is informed, believes, and thereon alleges that since at least January 27, 2010 through the present, Defendant has failed to develop and implement BMPs that meet the standards of BAT/BCT at the Veridiam Facility in violation of Effluent Limitation B(3) of the Industrial Permit. Each day that Defendant has failed and continues to fail to implement adequate BMPs to achieve BAT/BCT constitutes a separate violation of the Industrial Permit and the CWA.

82.     Based on its investigation of the Veridiam Facility, CERF is informed and believes that Defendant has failed to develop and implement an adequate SWPPP since at least January 27, 2010 through the present. Each day that Defendant has failed and continues to fail to implement an adequate SWPPP constitutes a separate violation of the Industrial Permit and the CWA.

83.     CERF is informed and believes that Defendant has failed to submit written reports to the Regional Board identifying additional BMPs necessary to achieve BAT/BCT at the Veridiam Facility since at least January 27, 2010, in violation of Receiving Water Limitations C(3) and C(4) of the Industrial Permit and New Industrial Permit Receiving Water Limitation VI.A. Each day that Defendant has operated the Veridiam Facility without meeting this reporting requirement of the Industrial Permit constitutes a separate violation of the Industrial Permit and the CWA.

**D.    Defendant's Monitoring Program**

84.     The Veridiam Facility is required to sample at least two storm events every rainy season in accordance with the sampling and analysis procedures set forth at Industrial Permit Section B(5). These procedures require that a sample be taken from all discharge locations at the Veridiam Facility and that at least two samples are taken during the wet season: (1) one in the first storm event of a particular wet season; and (2) at least one other storm event in the wet season. (Industrial Permit, Sections B(5) and

B(7)).

85.     CERF is informed and believes that despite the extremely high levels of pollutants reported in the samples that were taken at the Veridiam Facility, the Defendant has not sampled as required.

86.     CERF is informed and believes that Defendant has not successfully sampled and reported during the 2009-2010, 2012-2013, and 2013-2014 reporting years by failing to sample the required two storm events, despite there being numerous rain events sufficient to generate runoff occurring during the business hours at the Veridiam Facility.

87.     Information available to Plaintiff indicates that Defendant has not submitted any reports pursuant to Receiving Water Limitation C(4)(a) within 60-days of becoming aware of levels in its storm water exceeding the EPA Benchmark values or applicable Water Quality Standards, or filed any reports describing the Veridiam Facility's noncompliance with the Industrial Permit pursuant to Section C(11)(d) of the Industrial Permit.

## VI.      CLAIMS FOR RELIEF

### FIRST CAUSE OF ACTION
**Discharges of Contaminated Storm Water in
Violation of the Industrial Permit's Discharge Prohibitions and
Receiving Water Limitations and the Clean Water Act
(Violations of 33 U.S.C. §§ 1311(a), 1342)**

88.     Plaintiff incorporates the preceding paragraphs as if fully set forth herein.

89.     Plaintiff is informed and believes, and thereon alleges, that as a result of the operations at the Veridiam Facility, during every significant rain event, storm water containing pollutants harmful to fish, plant, bird life, and human health is discharged from the Veridiam Facility to the Receiving Waters.

90.     Plaintiff is informed and believes, and thereon alleges, that the Defendant's discharges of contaminated storm water have caused and continue to cause pollution, contamination, and/or nuisance to the waters of the United States in violation

of Discharge Prohibition A(2) of the Industrial Permit and Section VI.C of the New Industrial Permit.

91.    Plaintiff is informed and believes, and thereon alleges, that these discharges of contaminated storm water have, and continue to, adversely affect human health and the environment in violation of Receiving Water Limitation C(1) of the Industrial Permit and Section VI.B. of the New Industrial Permit.

92.    Plaintiff is informed and believes, and thereon alleges, that these discharges of contaminated storm water have caused or contributed to and continue to cause or contribute to an exceedance of Water Quality Standards in violation of Receiving Water Limitation C(2) of the Industrial Permit and VI.A. of the New Industrial Permit.

93.    Plaintiff is informed and believes, and thereon alleges, that from at least January 27, 2010 through the present, Defendant has discharged, and continues to discharge, contaminated storm water from the Veridiam Facility to Receiving Waters in violation of the prohibitions of the Industrial Permit.  Thus, Defendant is liable for civil penalties for at least 37 violations of the Industrial Permit and the CWA.

94.    Plaintiff is informed and believes, and thereon alleges, that Defendant's violations of the Industrial Permit and the CWA are ongoing.

95.    Defendant will continue to be in violation of the Industrial Permit requirements each day the Veridiam Facility discharges contaminated storm water in violation of Industrial Permit prohibitions.

96.     Every day that Defendant has discharged and/or continues to discharge polluted storm water from the Veridiam Facility in violation of the Industrial Permit is a separate and distinct violation of Section 301(a) of the CWA, 33 U.S.C. § 1311(a).

97.    By committing the acts and omissions alleged above, Defendant is subject to an assessment of civil penalties for each and every violation of the CWA occurring from January 27, 2010 to the present pursuant to Sections 309(d) and 505 of the CWA, 33 U.S.C. §§ 1319(d) and 1365, and the Adjustment of Civil Monetary Penalties for

Inflation, 40 C.F.R. §12.4.

98.     An action for injunctive relief under the CWA is authorized by 33 U.S.C. § 1365(a). Continuing commission of the acts and omissions alleged above would irreparably harm Plaintiff and the citizens of the State of California, for which harm they have no plain, speedy, or adequate remedy at law.

Wherefore, Plaintiff prays judgment against Defendant as set forth hereafter.

## SECOND CAUSE OF ACTION
**Failure to Develop and/or Implement BMPs that Achieve Compliance with Best Available Technology Economically Achievable and Best Conventional Pollutant Control Technology In Violation of the Industrial Permit and the Clean Water Act (Violations of 33 U.S.C. §§1311, 1342)**

99.     Plaintiff incorporates the preceding paragraphs as if fully set forth herein.

100.    Plaintiff is informed and believes, and thereon alleges that Defendant has failed to develop and/or implement BMPs that achieve compliance with BAT/BCT requirements of the Industrial Permit and the CWA.

101.    Sampling of the Veridiam Facility's storm water discharges as well as CERF's observations and local agency inspections of the Veridiam Facility demonstrate that Defendant has not developed and has not implemented BMPs that meet the standards of BAT/BCT. Thus, Defendant is in violation of Effluent Limitations of the Industrial Permit and New Industrial Permit.

102.    Plaintiff is informed and believes and thereon alleges that Defendant has been in daily and continuous violation of the BAT/BCT requirements of the Industrial Permit and the CWA every day since at least January 27, 2010, and of the BAT/BCT requirements of the New Industrial Permit since July 1, 2015.

103.    Plaintiff is informed and believes and thereon alleges that Defendant's violations of the Effluent Limitations and the CWA are ongoing.

104.    Defendant will continue to be in violation every day the Veridiam Facility operates without adequately developing and/or implementing BMPs that achieve BAT/BCT to prevent or reduce pollutants associated with industrial activity in storm

water discharges at the Veridiam Facility.

105.   Every day that Defendant operates the Veridiam Facility without adequately developing and/or implementing BMPs that achieve BAT/BCT in violation of the Industrial Permit or New Industrial Permit is a separate and distinct violation of Section 301(a) of the CWA, 33 U.S.C. § 1311(a).

106.   By committing the acts and omissions alleged above, Defendant is subject to an assessment of civil penalties for each and every violation of the CWA occurring from January 27, 2010 to the present pursuant to Sections 309(d) and 505 of the CWA, 33 U.S.C. §§ 1319(d) and 1365, and the Adjustment of Civil Monetary Penalties for Inflation, 40 C.F.R. §12.4.

107.   An action for injunctive relief under the CWA is authorized by 33 U.S.C. § 1365(a). Continuing commission of the acts and omissions alleged above would irreparably harm Plaintiff and the citizens of the State of California, for which harm they have no plain, speedy, or adequate remedy at law.

Wherefore, Plaintiff prays judgment against Defendant as set forth hereafter.

## THIRD CAUSE OF ACTION
### Failure to Develop and/or Implement an Adequate
### Storm Water Pollution Prevention Plan
### in Violation of the Industrial Permit and Clean Water Act
### (Violations of 33 U.S.C. §§ 1311, 1342)

108.   Plaintiff incorporates the preceding paragraphs as if fully set forth herein.

109.   Plaintiff is informed and believes, and thereon alleges that Defendant has failed to develop and/or implement an adequate SWPPP for the Veridiam Facility that meets the requirements set out in Section A and Provision E of the Industrial Permit and Section X of the New Industrial Permit.

110.   Defendant has been in violation of the SWPPP requirements every day since at least January 27, 2010.

111.   Defendant's violations of the Industrial Permit, New Industrial Permit and

the CWA are ongoing.

112.    Defendant will continue to be in violation of the SWPPP requirements every day the Veridiam Facility operates with an inadequately developed and/or implemented SWPPP for the Veridiam Facility.

113.    Each day that Defendant operates the Veridiam Facility without developing and/or implementing an adequate SWPPP is a separate and distinct violation of Section 301(a) of the CWA 33 U.S.C. §1311(a).

114.    By committing the acts and omissions alleged above, Defendant is subject to an assessment of civil penalties for each and every violation of the CWA occurring from January 27, 2010 to the present pursuant to Sections 309(d) and 505 of the CWA, 33 U.S.C. §§ 1319(d) and 1365, and the Adjustment of Civil Monetary Penalties for Inflation, 40 C.F.R. §12.4.

115.    An action for injunctive relief under the CWA is authorized by 33 U.S.C. § 1365(a). Continuing commission of the acts and omissions alleged above would irreparably harm Plaintiff and the citizens of the State of California, for which harm they have no plain, speedy, or adequate remedy at law.

Wherefore, Plaintiff prays judgment against Defendant as set forth hereafter.

## FOURTH CAUSE OF ACTION
### Failure to Implement an
### Adequate Monitoring and Reporting Program
### In Violation of the Industrial Permit and the Clean Water Act
### (Violations of 33 U.S.C. §§ 1311, 1342)

116.    Plaintiff incorporates the preceding paragraphs as if fully set forth herein.

117.    Plaintiff is informed and believes, and thereon alleges that Defendant has failed to develop and/or implement an adequate M&RP for the Veridiam Facility as required by Section B and Provision E(3) of the Industrial Permit and Section XI of the New Industrial Permit.

118.    Plaintiff is informed and believes, and thereon alleges, that conditions at the Veridiam Facility, as determined via sampling of storm water discharges from the

Complaint for Declaratory and Injunctive Relief and Civil Penalties

Veridiam Facility, and the annual reports submitted by Defendant all demonstrate that the Veridiam Facility has not implemented an adequate M&RP that meets the requirements of the Industrial Permit and New Industrial Permit.

119.   Plaintiff is informed and believes, and thereon alleges that Defendant has failed and continues to fail to collect samples from all discharge points during all storm events in violation of Section B(5) of the Industrial Permit.

120.   Plaintiff is informed and believes, and thereon alleges that Defendant has failed and continues to fail to identify inadequacies in its SWPPP and BMPs.

121.   Defendant's violations of the Industrial Permit, New Industrial Permit and the CWA are ongoing.

122.   Defendant will continue to be in violation of the Industrial Permit, New Industrial Permit and the CWA each day the Veridiam Facility operates with an inadequately implemented M&RP.

123.   Each day Defendant operates the Veridiam Facility without implementing an adequate M&RP for the Veridiam Facility is a separate and distinct violation of Section 301(a) of the CWA, 33 U.S.C. §1311(a).

124.   By committing the acts and omissions alleged above, Defendant is subject to an assessment of civil penalties for each and every violation of the CWA occurring from January 27, 2010 to the present pursuant to Sections 309(d) and 505 of the CWA, 33 U.S.C. §§ 1319(d) and 1365, and the Adjustment of Civil Monetary Penalties for Inflation, 40 C.F.R. §12.4.

125.   An action for injunctive relief under the CWA is authorized by 33 U.S.C. § 1365(a). Continuing commission of the acts and omissions alleged above would irreparably harm Plaintiff and the citizens of the State of California, for which harm they have no plain, speedy, or adequate remedy at law.

Wherefore, Plaintiff prays judgment against Defendant as set forth hereafter.

/./././

/././/

Complaint for Declaratory and Injunctive Relief and Civil Penalties

### FIFTH CAUSE OF ACTION
**Failure to Conduct Required Rain Event Sampling in
Violation of the Industrial Permit**

126.   Plaintiff incorporates the preceding paragraphs as if fully set forth herein.

127.   Plaintiff is informed and believes, and thereon alleges, that Defendant is in violation of Industrial Permit Section B(7) and B(5) by failing to collect at least two samples of storm water runoff, including one set of samples during the first storm event of the wet season.

128.   Plaintiff is informed and believes, and thereon alleges, that Defendant failed to collect two samples during the 2009-2010, 2012-2013, and 2013-2014 wet seasons.

129.   Information available to CERF indicates that there were numerous qualifying rain events during the 2009, 2010, 2012, 2013 and 2014 wet seasons.

130.   Defendant has been in violation of the Industrial Permit and the CWA for each day the Veridiam Facility operates without sampling as required by the Industrial Permit.

131.   By committing the acts and omissions alleged above, Defendant is subject to an assessment of civil penalties for each and every violation of the CWA occurring from January 27, 2010 to the presents, pursuant to Sections 309(d) and 505 of the CWA, 33 U.S.C. §§1319(d) and 1365, and the Adjustment of Civil Monetary Penalties for Inflation, 40 C.F.R. §12.4.

132.   An action for injunctive relief under the CWA is authorized by 33 U.S.C. §1365(a).  Continuing commission of the omissions alleged above would irreparably harm the Plaintiff and the citizens of the State of California, for which harm they have no plain, speedy, or adequate remedy at law.

Wherefore, Plaintiff prays judgment against Defendant as set forth hereafter.

### SIXTH CAUSE OF ACTION
**Failure to Submit Reports in
Violation of the Industrial Permit**

133.   Plaintiff incorporates the preceding paragraphs as if fully set forth herein.

Complaint for Declaratory and Injunctive Relief and Civil Penalties

134.    Plaintiff is informed and believes, and thereon alleges, that Defendant's annual reports did not meet the monitoring and reporting requirements of the Industrial Permit in violation of Section B(13) and B(14) of the Industrial Permit.

135.    Plaintiff is informed and believes, and thereon alleges, that the Defendant's annual reports were inaccurate and stated that the SWPPP's BMPs address existing potential pollutant sources when they did not, in violation of the Industrial Permit Section B.

136.    Plaintiff is informed and believes, and thereon alleges, that Defendant's annual reports were false and stated that the SWPPP was up to date when it was not, in violation of Section B of the Industrial Permit.

137.    Plaintiff is informed and believes, and thereon alleges, that Defendant failed to submit a written report identifying what additional BMPs will be implemented to achieve Water Quality Standards even though Defendant discharge exceeded receiving Water Quality Standards, in violation of  Receiving Water Limitations C(3) and C(4) of the Industrial Permit.

138.    Defendant has been in violation each day the Veridiam Facility operates without reporting as required by the Industrial Permit.

139.    Defendant's violations of the Industrial Permit and the CWA are ongoing.

140.    Every day Defendant operates the Veridiam Facility without reporting as required by the Industrial Permit is a separate and distinct violation of the Industrial Permit and Section 301(a) of the Clean Water Act, 33 U.S.C. §1311(a).

141.    Defendant has been in daily and continuous violation of the Industrial Permit's reporting requirements every day since at least January 27, 2010.

142.    By committing the acts and omissions alleged above, Defendant is subject to an assessment of civil penalties for each and every violation of the CWA occurring from January 27, 2010 to the present pursuant to Sections 309(d) and 505 of the CWA, 33 U.S.C. §§ 1319(d) and 1365, and the Adjustment of Civil Monetary Penalties for Inflation, 40 C.F.R. §12.4.

143.     An action for injunctive relief under the CWA is authorized by 33 U.S.C. § 1365(a). Continuing commission of the acts and omissions alleged above would irreparably harm Plaintiff and the citizens of the State of California, for which harm they have no plain, speedy, or adequate remedy at law.

Wherefore, Plaintiff prays judgment against Defendant as set forth hereafter.

## VII.     RELIEF REQUESTED

144.     Wherefore, Plaintiff respectfully requests that this Court grant the following relief:

a.     A Court order declaring Defendant to have violated and to be in violation of Section 301(a) of the CWA 33 U.S.C. § 1311(a) for its unlawful discharges of pollutants from the Veridiam Facility in violation of the substantive and procedural requirements of the Industrial Permit, and as of July 1, 2015, the New Industrial Permit;

b.     A Court order enjoining the Defendant from violating the substantive and procedural requirements of the New Industrial Permit;

c.     A Court order assessing civil monetary penalties of $37,500 per day per violation for each violation of the CWA at the Veridiam Facility occurring since January 27, 2010, as permitted by 33 U.S.C. § 1319(d) and Adjustment of Civil Monetary Penalties for Inflation, 40 C.F.R. § 19.4;

d.     A Court order requiring Defendant to take appropriate actions to restore the quality of waters impaired by its activities;

e.     A Court order awarding CERF its reasonable costs of suit, including attorney, witness, expert, and consultant fees, as permitted by Section 505(d) of the Clean Water Act, 33 U.S.C. § 1365(d);

/././

/././

/././

/././

/././

f.      Any other relief as this Court may deem appropriate.

Dated: October 8, 2015                    Respectfully submitted,

                                          COAST LAW GROUP LLP


                                          By: s/Marco A. Gonzalez
                                          MARCO A. GONZALEZ
                                          Attorneys for Plaintiff
                                          COASTAL ENVIRONMENTAL
                                          RIGHTS FOUNDATION
                                          E-mail: marco@coastlawgroup.com

Complaint for Declaratory and Injunctive Relief and Civil Penalties

# EXHIBIT A

**60 Day Notice Letter**



1140 S. Coast Hwy 101
Encinitas, CA 92024
Tel 760-942-8505
Fax 760-942-8515
www.coastlawgroup.com

January 27, 2015

**VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Veridiam, Inc
C/O Registered Agent
818 West Seventh St 2nd FL
Los Angeles, CA 90017

Clerk of the Board of Supervisors
1600 Pacific Highway, Room 402
San Diego, California 92101

**Re: Notice of Violation and Intent to File Clean Water Act Citizens' Suit [33 U.S.C. § 1365] 60-Day Notice**

Dear Mr. Hollander and Clerk of the Board,

Please accept this letter on behalf of Coastal Environmental Rights Foundation ("CERF" or "Citizen Group") regarding violations of the Federal Water Pollution Control Act (Clean Water Act) occurring at the Veridiam Facility located at 1717 Cuyamaca St, El Cajon, CA 92020 (WDID No. 937I020299). This letter constitutes the CERF's notice of intent to sue for violations of the Clean Water Act and National Pollution Discharge Elimination System (NPDES) Permit No. CAS000001 (General Industrial Permit), as more fully set forth below.

Section 505(b) of the Clean Water Act requires that sixty (60) days prior to the initiation of a citizen's civil lawsuit in Federal District Court under section 505(a) of the Act, a citizen must give notice of the violations and the intent to sue to the violator and various agency officials. (33 U.S.C. § 1365(b)(1)(A)). In compliance with section 1365, this letter provides notice of the Veridiam Facility's violations and of CERF's intent to sue.

## I. BACKGROUND

### A. The Veridiam Facility

Veridiam, Inc owns and operates a facility located at 1717 Cuyamaca St, El Cajon, CA 92020 ("Veridiam Facility" or "Facility"). The Veridiam Facility has been in operation at this location since at least 2006. Veridiam conducts metal tubing, electrical discharge machining, electro chemical sharpening, swiss style turning, laser cutting, alloy fabrication, and other metal fabrication services. Veridiam, Inc leases the Facility from the County of San Diego.

The owners and operators of the aforementioned Facility operating at 1717 Cuyamaca Street, Veridiam, Inc and County of San Diego, are collectively referred to herein as the "Veridiam Facility Owners and/or Operators."

Notice of Intent to Sue: Clean Water Act
*Veridiam—El Cajon*
January 27, 2015
Page 2
_____

### B.    Storm Water Pollution From Industrial Facilities

Storm water pollution results from materials and chemicals washed into the storm drains from streets, gutters, neighborhoods, industrial sites, parking lots and construction sites. This type of pollution is significant because storm water is often untreated and flows directly to receiving waters, including lakes, rivers, or ultimately the ocean. Storm water runoff associated with industrial facilities in particular has the potential to negatively impact receiving waters and contributes to the impairment of downstream water bodies. Industrial areas are known to result in excessive wet-weather storm water discharges, as well as contaminated dry weather entries into the storm drain system.[1]

Pollutants associated with Sector AA (Fabricated Metal Products) include total suspended solids, oil and grease, spent solvents, metals, paints, heavy metals, nitrates, gas and diesel fuel and fuel additives, and other pollutants. (See Exhibit A, Industrial Stormwater Fact Sheet, Sector AA).

### C.    Forester Creek, San Diego River, Pacific Ocean

Forester Creek is on the 303(d) list as impaired for numerous constituents, including fecal coliform, selenium, total dissolved solids, and pH. The San Diego River is also impaired for numerous constituents, including toxicity.

### D.    Discharges From Veridiam Facility

Polluted discharges from the Veridiam Facility flow into Forester Creek, a tributary to the San Diego River, and ultimately to the Pacific Ocean. The Facility has been enrolled under the General Industrial Permit since 2006. According to the most recent Annual Report, the Facility has four or five discharge locations to Forester Creek.

### E.    Citizen Group: Coastal Environmental Rights Foundation

CERF is a California nonprofit public benefit corporation founded by surfers dedicated to the protection, preservation and enhancement of the environment, wildlife, natural resources, local marine waters and other coastal natural resources. CERF's interests are and will be adversely affected by the Veridiam Facility Owners and/or Operators' actions. CERF's mailing address is 1140 S. Coast Highway 101, Encinitas, CA 92024. Its telephone number is (760) 942-8505.

Members of CERF use and enjoy the waters into which pollutants from the Veridiam Facility's ongoing illegal activities are discharged, including Forester Creek, the San Diego River and the Pacific Ocean. The public and members of CERF use these receiving waters to fish, sail, boat, kayak, surf, stand-up paddle, swim, scuba dive, birdwatch, view wildlife, and to engage in scientific studies. The discharge of pollutants by the Veridiam Facility affects and impairs each of these uses. Thus, the interests of CERF's members have been, are being, and

---

[1] *Illicit Discharge Detection and Elimination: Technical Appendices*, Appendix K, Specific Considerations for Industrial Sources of Inappropriate Pollutant Entries to the Storm Drainage System (Adapted from Pitt, 2001)

will continue to be adversely affected by the Veridiam Facility Owners and/or Operators' failure to comply with the Clean Water Act and the General Industrial Permit.

## II.      CLEAN WATER ACT VIOLATIONS

The Clean Water Act (CWA) was amended in 1972 to provide that the discharge of pollutants to waters of the United States from any point source is effectively prohibited unless the discharge is in compliance with an NPDES permit. The 1987 amendments to the CWA added Section 402(p) that establishes a framework for regulating municipal and industrial storm water discharges under the NPDES Program. In 1990, US EPA published final regulations that require storm water associated with industrial activity that discharges either directly to surface waters or indirectly through municipal separate storm sewers be regulated by an NPDES permit. Any person who discharges storm water associated with industrial activities must comply with the terms of the General Industrial Permit in order to lawfully discharge pollutants. (33 U.S.C. §§1311(a), 1342; 40 CFR §126(c)(1); General Industrial Permit Fact Sheet, p. vii ["All facility operators filing an NOI after the adoption of this General Permit must comply with this General Permit."]).

As enrollees under the General Industrial Permit, the Veridiam Facility Owners and/or Operators have failed and continue to fail to comply with the General Industrial Permit, as detailed below. Failure to comply with the General Industrial Permit is a Clean Water Act violation. (General Industrial Permit, §C.1).

### A.      The Veridiam Facility Discharges Contaminated Storm Water in Violation of the General Industrial Permit

Discharge Prohibition A(2) of the General Industrial Permit prohibits storm water discharges and authorized non-storm water discharges which cause or threaten to cause pollution, contamination, or nuisance. Receiving Water Limitation C(1) of the Storm Water Permit prohibits storm water discharges to surface or groundwater that adversely impact human health or the environment. In addition, receiving Water Limitation C(2) prohibits storm water discharges and authorized non-storm water discharges, which cause or contribute to an exceedance of any water quality standards, such as the CTR or applicable Basin Plan water quality standards. "The California Toxics Rule ("CTR"), 40 C.F.R. 131.38, is an applicable water quality standard." (*Baykeeper v. Kramer Metals, Inc.* (C.D.Cal. 2009) 619 F.Supp.2d 914, 926). "In sum, the CTR is a water quality standard in the General Permit, Receiving Water Limitation C(2). A permittee violates Receiving Water Limitation C(2) when it 'causes or contributes to an exceedance of' such a standard, including the CTR." (*Id.* at 927).

If a discharger violates Water Quality Standards, the General Industrial Permit and the Clean Water Act require that the discharger implement more stringent controls necessary to meet such Water Quality Standards.(General Industrial Permit, Fact Sheet p. viii; 33 U.S.C. § 1311(b)(I)(C)). The Veridiam Facility Owners and/or Operators have failed to comply with this requirement, routinely violating Water Quality Standards without implementing BMPs to achieve BAT/BCT or revising the Facility's SWPPP pursuant to section (C)(3).

As demonstrated by sample data submitted by the Veridiam Facility Owners and/or Operators, from at least January 27, 2010 through the present, the Facility Owners and/or

Notice of Intent to Sue: Clean Water Act
*Veridiam—El Cajon*
January 27, 2015
Page 4
_____

Operators have discharged and continue to discharge storm water containing pollutants at levels in violation of the above listed prohibitions and limitations during every significant rain event. The Veridiam Facility's sampling data reflects 37 discharge violations. The Facility's own sampling data is not subject to impeachment. (*Baykeeper, supra*, 619 F.Supp. 2d at 927, citing *Sierra Club v. Union Oil Co. of Cal.*, (9th Cir. 1987) 813 F.2d 1480, 1492 ["when a permittee's reports indicate that the permittee has exceeded permit limitations, the permittee may not impeach its own reports by showing sampling error"]).

This data further demonstrates the Veridiam Facility continuously discharges contaminated storm water during rain events which have not been sampled. (See Exhibit B, Rainfall data). Samples highlighted in peach below indicate exceedances of the applicable EPA Multi-Sector General Permit benchmarks as well.[2]

| | Annual Sampling Data Veridiam | | | Applicable CTR Limit (mg/L) (freshwater) | |
|---|---|---|---|---|---|
| Violation No. | Date/time of sample collection | Parameter | Result (mg/L) | Maximum Conc. | Continuous Conc. |
| 1 | 10/5/2012 | Zinc Total | 2.44 | .120 | .120 |
| 2 | 10/5/2011 | Zinc Total | 2.09 | .120 | .120 |
| 3 | 10/5/2011 | Zinc Total | 0.918 | .120 | .120 |
| 4 | 4/11/2012 | Zinc Total | 0.651 | .120 | .120 |
| 5 | 12/13/2012 | Zinc Total | 0.644 | .120 | .120 |
| 6 | 2/7/2014 | Zinc Total | 0.62 | .120 | .120 |
| 7 | 12/13/2012 | Zinc Total | 0.6 | .120 | .120 |
| 8 | 4/11/2012 | Zinc Total | 0.467 | .120 | .120 |
| 9 | 10/5/2011 | Zinc Total | 0.293 | .120 | .120 |
| 10 | 2/7/2014 | Zinc Total | 0.2 | .120 | .120 |
| 11 | 4/11/2012 | Zinc Total | 0.166 | .120 | .120 |

In addition, the sampling data reveals numerous exceedances of San Diego Basin Plan Water Quality Objectives.

| | Annual Sampling Data | | | |
|---|---|---|---|---|
| Violation No. | Date/time of sample collection | Parameter | Result (mg/L) | Basin Plan WQO (mg/L) |
| 1 | 10/5/2011 | pH | 6.38 | Not < 6.5 or > 8.5 |
| 2 | 10/5/2011 | pH | 6.2 | Not < 6.5 or > 8.5 |
| 3 | 2/7/2014 | pH | 6.14 | Not < 6.5 or > 8.5 |
| 4 | 12/13/2012 | pH | 6.06 | Not < 6.5 or > 8.5 |
| 5 | 10/5/2011 | pH | 5.99 | Not < 6.5 or > 8.5 |

_____
[2] 2008 Storm Water Multi-Sector General Permit for Industrial Activities, Sector AA, Table 8.AA-1

Notice of Intent to Sue: Clean Water Act
*Veridiam—El Cajon*
January 27, 2015
Page 5
_____

Every day the Veridiam Facility Owners and/or Operators discharged or continue to discharge polluted storm water in violation of the Discharge Prohibitions and Receiving Water Limitations of the General Industrial Permit is a separate and distinct violation of the Permit and Section 301(a) of the Clean Water Act, 33 U.S.C. §1311(a). The Veridiam Facility Owners and/or Operators are subject to civil penalties for all violations of the Clean Water Act occurring since January 27, 2010. These violations are ongoing and the Veridiam Facility Owners and/or Operators' violations will continue each day contaminated storm water is discharged in violation of the requirements of the General Industrial Permit. (See Exhibit B, Rainfall data). CERF will include additional violations when information becomes available.

### B. Failure to Develop and/or Implement BMPs that Achieve Compliance with Best Available Technology Economically Achievable and Best Conventional Pollutant Control Technology

Effluent Limitation (B)(3) of the Storm Water Permit requires dischargers to reduce or prevent pollutants associated with industrial activity in storm water discharges and authorized non-storm water discharges through implementation of the Best Available Technology Economically Achievable (BAT) for toxic pollutants[3] and Best Conventional Pollutant Control Technology (BCT) for conventional pollutants.[4]

EPA Benchmarks are the pollutant concentrations which indicate whether a facility has successfully developed or implemented BMPs that meet the BAT/BCT. For fabricated metal products manufacturing facilities, Sector AA (SIC 3499), the EPA has instituted the following benchmarks.[5]

| Parameter | Benchmark Monitoring Cutoff Concentration (mg/L) |
|---|---|
| Total Aluminum | .75 |
| Total Iron | 1.0 |
| Total Zinc | .04-.26 (Hardness Dependent) .13 at 100-125 mg/L Water Hardness Range |
| Nitrate plus Nitrite Nitrogen | .68 |

Discharges with pollutant concentration levels above EPA Benchmarks and/or the CTR demonstrate that a facility has failed to develop and/or implement BMPs that achieve compliance with BAT for toxic pollutants and BCT for conventional pollutants. The Facility's annual reports demonstrate consistent exceedances of not only the CTR, but also EPA benchmarks.

_____

[3] Toxic pollutants are found at 40 CFR § 401.15 and include, but are not limited to: lead, nickel, zinc, silver, selenium, copper, and chromium.

[4] Conventional pollutants are listed at 40 CFR § 401.16 and include biological oxygen demand, total suspended solids, pH, fecal coliform, and oil and grease.

[5] 2008 Storm Water Multi-Sector General Permit for Industrial Activities, Sector AA, Table 8.AA-1

Notice of Intent to Sue: Clean Water Act
*Veridiam—El Cajon*
January 27, 2015
Page 6
_____

| | | Annual Sampling Data | | |
|---|---|---|---|---|
| Violation No. | Date/time of sample collection | Parameter | Result (mg/L) | EPA Benchmark (mg/L) |
| 1 | 10/5/2011 | Aluminum | 1.03 | .75 |
| 2 | 10/5/2011 | Aluminum | .89 | .75 |
| 3 | 10/5/2011 | Nitrate plus Nitrite Nitrogen | 3.34 | .68 |
| 4 | 10/5/2011 | Nitrate plus Nitrite Nitrogen | 2.6 | .68 |
| 5 | 10/5/2011 | Nitrate plus Nitrite Nitrogen | 1.78 | .68 |
| 6 | 12/13/2012 | Nitrate plus Nitrite Nitrogen | 1.73 | .68 |
| 7 | 2/7/2014 | Nitrate plus Nitrite Nitrogen | 1.26 | .68 |
| 8 | 2/7/2014 | Nitrate plus Nitrite Nitrogen | 0.88 | .68 |
| 9 | 4/11/2012 | Nitrate plus Nitrite Nitrogen | 0.83 | .68 |
| 10 | 4/11/2012 | Nitrate plus Nitrite Nitrogen | 0.7 | .68 |

Thus, the storm water discharge sampling data demonstrates that the Veridiam Facility Owners and/or Operators have not developed and/or implemented BMPs that meet the standards of BAT/BCT. (See *Baykeeper, supra*, 619 F.Supp. 2d at 925 ["Repeated and/or significant exceedances of the Benchmark limitations should be relevant" to the determination of meeting BAT/BCT]).

Sources of pollutants at the Veridiam Facility include but are not limited to: parts and tool cleaning, sand blasting, metal surface cleaning, manufacture of metal components, cleanup of spills and drips, surface treatment, galvanizing, heavy equipment use and storage, equipment and vehicle maintenance, removal of applied chemicals, and storage of uncoated steel.
Pollutants associated with the Facility include but are not limited to: total suspended solids, oil and grease, spent solvents, metals, paints, heavy metals, nitrates, gas and diesel fuel and fuel additives, and other pollutants.

Despite repeated violations of the aforementioned metrics, the Facility BMPs have not been updated to ensure protection of water quality. Thus, the Facility Owners and/or Operators are seriously in violation of Effluent Limitation (B)(3) of the Storm Water Permit. Every day the Veridiam Facility Owners and/or Operators operate with inadequately developed and/or implemented BMPs in violation of the BAT/BCT requirements in the General Industrial Permit is a separate and distinct violation of the Storm Water Permit and Section 301(a) of the Clean Water Act. (33 U.S.C. § 1311 (a)). The Veridiam Owners and/or Operators have been in daily and continuous violation of the BAT/BCT requirements of the General Industrial Permit every day since at least January 27, 2010, and are subject to penalties for all violations since at least this date. These violations are ongoing and the Veridiam Facility Owners and/or Operators will continue to be in violation every day they fail to develop and/or implement BMPs that achieve BAT/BCT to prevent or reduce pollutants associated with industrial activity in storm water discharges at the Facility.  Thus, the Veridiam Facility Owners and/or Operators are liable for civil penalties for 1,825 violations of the General Industrial Permit and the Clean Water Act.

Notice of Intent to Sue: Clean Water Act
*Veridiam—El Cajon*
January 27, 2015
Page 7
_____

### C.   Failure to Develop and/or Implement an Adequate Storm Water Pollution Prevention Plan

Section A(1) and Provision E(2) of the General Industrial Permit require dischargers to have developed and implemented a SWPPP by October 1, 1992, or prior to beginning industrial activities, that meets all of the requirements of the Storm Water Permit. The objective behind the SWPPP requirements is to identify and evaluate sources of pollutants associated with industrial activities that may affect the quality of storm water discharges from the Veridiam Facility, and implement site-specific BMPs to reduce or prevent pollutants associated with industrial activities in storm water discharges. (General Industrial Permit, Section A(2)). To ensure its effectiveness, the SWPPP must be evaluated on an annual basis pursuant to the requirements of Section A(9), and must be revised as necessary to ensure compliance with the Permit. (General Industrial Permit, Section A(9), (10)).

City of El Cajon storm water consultant inspections of the Veridiam Facility, as well as sampling data from storm water discharges at the Facility, which are set forth in detail above, indicate that the Veridiam Facility Owners and/or Operators have not developed or implemented an adequate SWPPP that meets the requirements of Section A of the General Industrial Permit. Indeed, historical photographs and inspections show a variety of materials, including components and metal materials, stored without cover or containment. (See Exhibit C, [Inspection Reports Detailing Need for Corrective Action]).

For over five years the Veridiam Facility has been exceeding water quality standards: the Basin Plan objectives, the CTR, and EPA benchmarks. Nonetheless, the SWPPP has not been updated with new BMPs. The SWPPP also requires the aforementioned evaluations be submitted with the Annual Reports, but, on information available to CERF, such evaluations have not been submitted with the Annual Reports.

Every day the Veridiam Facility Owners and/or Operators operate the Facility without an adequate SWPPP and/or with an inadequately developed and/or implemented SWPPP is a separate and distinct violation of the General Industrial Permit and Section 301(a) of the Clean Water Act. (33 U.S.C. § 1311(a)). The Veridiam Facility Owners and/or Operators have been in daily and continuous violation of the General Industrial Permit's SWPPP requirements every day since at least January 27, 2010. These violations are ongoing and the Veridiam Facility Owners and/or Operators will continue to be in violation every day they fail to revise, develop, and/or implement an adequate SWPPP for the Veridiam Facility.

The Veridiam Facility Owners and/or Operators are thus subject to penalties for all SWPPP-related violations of the General Industrial Permit and the Clean Water Act occurring since at least January 27, 2010. Thus, the Veridiam Facility Owners and/or Operators are liable for civil penalties for 1,825 violations of the General Industrial Permit and the Act.

### E.   Failure to Monitor

Sections B(5) and (7) of the General Industrial Permit require dischargers to visually observe and collect samples of storm water discharged from all locations where storm water is discharged. Facility operators, including the Veridiam Facility Owners and/or Operators, are required to collect samples from at least two qualifying storm events each wet season, including

_____

one set of samples during the first storm event of the wet season. Required samples must be collected by Facility operators from all discharge points and during the first hour of the storm water discharge from the Facility.

The Veridiam Facility Owners and/or Operators failed to sample two storm events as required for the 2009-2010, 2012-2013, and 2013-2014 wet seasons, despite the fact that there were numerous qualifying rain events during these wet seasons. (See Exhibit B). The Veridiam Facility Owners and/or Operators are thus subject to penalties for these monitoring violations in accordance with the General Industrial Permit – punishable by a minimum of $37,500 per day of violation. (33 U.S.C. §1319(d); 40 CFR 19.4).

## III.   REMEDIES

CERF's action will seek all remedies available under the Clean Water Act. (33 U.S.C. § 1365(a)(d))." In suits under Section 505 of the Clean Water Act, citizens have access to the same remedies available to the EPA." *(Student Public Interest Research Group, Inc. v. Georgia-Pacific Corp.*, 615 F. Supp. 1419, 1425 (D.N.J. 1985), citing *Middlesex County Sewerage Auth. v. Nat'l Sea Clammers Ass'n*, 453 U.S. 1, 13-14 (1981)). Pursuant to Section 309(d) of the Clean Water Act and the Adjustment of Civil Monetary Penalties for Inflation (40 C.F .R. § 19.4) each separate violation of the Clean Water Act subjects the violator to a penalty of up to $37,500 per day for all violations occurring during the period commencing five years prior to the date upon which this notice is served.

In addition to civil penalties, CERF will seek injunctive relief preventing further violations of the Clean Water Act pursuant to sections 505(a) and (d), declaratory relief, and such other relief as permitted by law. Section 505(d) of the Clean Water Act permits prevailing parties to recover costs, including attorneys' and experts' fees. CERF will seek to recover all of their costs and fees pursuant to section 505(d).

CERF has retained legal counsel to represent them in this matter.  All communications should be addressed to:

**Marco A. Gonzalez**
**COAST LAW GROUP LLP**
**1140 S. Coast Highway 101**
**Encinitas, CA 92024**
**Tel: (760) 942-8505 x 102**
**Fax: (760) 942-8515**
**Email: marco@coastlawgroup.com**

Notice of Intent to Sue: Clean Water Act
*Veridiam—El Cajon*
January 27, 2015
Page 9
_____

     Upon expiration of the 60-day notice period, CERF will file a citizen suit under Section 505(a) of the Clean Water Act for the above-referenced prior, continuing, and anticipated violations. During the 60-day notice period, however, CERF will entertain settlement discussions. If you wish to pursue such discussions in the absence of litigation, please contact Coast Law Group LLP immediately.

     Sincerely,

     **COAST LAW GROUP LLP**

     **Marco A. Gonzalez**

     **Livia Borak**
     Attorneys for
     Coastal Environmental Rights Foundation

CC:

| | |
|---|---|
| **Jared Blumenfeld, Region 9 Administrator**<br>**Alexis Strauss, Deputy Regional Administrator**<br>**U.S. EPA, Region 9**<br>**75 Hawthorne Street**<br>**San Francisco, CA, 94105** | **Dave Gibson, Executive Officer**<br>**Catherine Hagan, Staff Counsel**<br>**San Diego Regional Water Quality Control Board**<br>**2375 Northside Drive, Suite 100**<br>**San Diego, CA 92108-2700** |
| **Gina McCarthy**<br>**EPA Administrator**<br>**Mail Code 4101M**<br>**US EPA Ariel Rios Building (AR)**<br>**1200 Pennsylvania Avenue N.W.**<br>**Washington, DC 20004** | **Thomas Howard**<br>**Executive Director**<br>**State Water Resources Control Board**<br>**P.O. Box 100**<br>**Sacramento, CA 95812–0110** |
| **Office of County Counsel**<br>**County Administration Center**<br>**1600 Pacific Highway, Room 355**<br>**San Diego, CA 92101** | |

**Index of Attachments**

Exhibit A.    Industrial Stormwater Fact Sheet, Sector AA
Exhibit B.    Rainfall Data
Exhibit C.    City of El Cajon (DMAX) Site Inspections

# EXHIBIT A

# INDUSTRIAL STORMWATER

## FACT SHEET SERIES

*Sector AA: Fabricated Metal Products Manufacturing Facilities*



U.S. EPA Office of Water
EPA-833-F-06-042
December 2006

## What is the NPDES stormwater permitting program for industrial activity?

Activities, such as material handling and storage, equipment maintenance and cleaning, industrial processing or other operations that occur at industrial facilities are often exposed to stormwater. The runoff from these areas may discharge pollutants directly into nearby waterbodies or indirectly via storm sewer systems, thereby degrading water quality.

In 1990, the U.S. Environmental Protection Agency (EPA) developed permitting regulations under the National Pollutant Discharge Elimination System (NPDES) to control stormwater discharges associated with eleven categories of industrial activity. As a result, NPDES permitting authorities, which may be either EPA or a state environmental agency, issue stormwater permits to control runoff from these industrial facilities.

## What types of industrial facilities are required to obtain permit coverage?

This fact sheet specifically discusses stormwater discharges from the fabricated metal products manufacturing facilities as defined by Standard Industrial Classification (SIC) Major Groups 34 and 39. Facilities and products in this group fall under the following categories, all of which require coverage under an industrial stormwater permit:

- ◆ Fabricated metal products, except machinery and transportation equipment and cutting (SIC 3411-3499)
- ◆ Jewelry, silverware, and plated ware (SIC 3911-3915)
- ◆ Coating, engraving, and allied services (SIC 3479)

This fact sheet does not cover discharges from establishments not requiring permit coverage including those engaged in manufacturing and rolling of ferrous and nonferrous metals, forgings or stampings, electrolytic, or other processes for refining copper from ore.

## What does an industrial stormwater permit require?

Common requirements for coverage under an industrial stormwater permit include development of a written stormwater pollution prevention plan (SWPPP), implementation of control measures, and sub-mittal of a request for permit coverage, usually referred to as the Notice of Intent or NOI. The SWPPP is a written assessment of potential sources of pollutants in stormwater runoff and control measures that will be implemented at your facility to minimize the discharge of these pollutants in runoff from the site. These control measures include site-specific best management practices (BMPs), maintenance plans, inspections, employee training, and reporting. The procedures detailed in the SWPPP must be implemented by the facility and updated as necessary, with a copy of the SWPPP kept on-site. The in-dustrial stormwater permit also requires collection of visual, analytical, and/or compliance monitoring data to determine the effectiveness of implemented BMPs. For more information on EPA's industrial stormwater permit and links to State stormwater permits, go to **www.epa.gov/npdes/stormwater** and click on "Industrial Activity."

INDUSTRIAL STORMWATER  FACT SHEET SERIES
*Sector AA: Fabricated Metal Products Manufacturing Facilities*

## What pollutants are associated with my facility's activities?

Pollutants conveyed in stormwater discharges from facilities involved with the manufacturing of fabricated metal products will vary. There are a number of factors that influence to what extent industrial activities and significant materials can affect water quality.

- ◆ Geographic location
- ◆ Topography
- ◆ Hydrogeology
- ◆ Extent of impervious surfaces (e.g., concrete or asphalt)
- ◆ Type of ground cover (e.g., vegetation, crushed stone, or dirt)
- ◆ Outdoor activities (e.g., material storage, loading/unloading, vehicle maintenance)
- ◆ Size of the operation
- ◆ Type, duration, and intensity of precipitation events

The activities, pollutant sources, and pollutants detailed in Table 1 are commonly found at fabricated metal products manufacturing facilities.

*Table 1.  Common Activities, Pollutant Sources, and Associated Pollutants at Fabricated Metal Products Manufacturing Facilities*

| Activity | Pollutant Source | Pollutant |
|---|---|---|
| Tool workpiece interface/ shaving, chipping | Used metal working fluid with fine metal dust | Total suspended solids (TSS), chemical oxygen demand (COD), oil and grease |
| Parts/tools cleaning, sand blasting, metal surface cleaning, removal of applied chemicals | Solvent cleaners, abrasive cleaners, alkaline cleaners, acid cleaners, rinse waters | Spent solvents, TSS, acid/alkaline waste, oil |
| | Solvents, cold and hot dips, cleaning parts, degreasing | Acid, coolants, clean composition, degreaser, mineral spirits, pickle liquor, spent caustic, sludge. |
| Making structural components | Cuttings, scraps, turnings, fines | Metals |
| Painting operations | Paint and paint thinner spills, sanding, spray painting | Paints, spent solvents, heavy metals, TSS |
| | Empty containers, paint application wastes, spills, over spraying, storage areas | Paint wastes, thinner, varnish, heavy metals, spent chlorinated solvents |
| Cleanup of spills and drips | Used absorbent materials | TSS, spilled material |
| Transportation or storage of materials | Wood dunnage/pallets | BOD, TSS |
| Metal preparation | Grinding, welding, sawing, shaving, brazing, bending, cutting, etching | Steel scraps, aluminum scraps, brass, copper, dust, chips and borings, steel scale, teflon, manganese. |
| Surface treatment | Finishing, plating, case hardening, chemical coating, coating, polishing, rinsing, abrasive cleaning, electroplating | Acid, aromatic solvent, corn cob, lubricants, sand, oil, pH, nitrates, nitrites, carbon, phosphates, borates, nitrogen, oily sludge, nickel, chromium, hydrofluoric acid. |
| Galvanizing | Spills, leaks, transporting materials | Acid solution, phosphates, zinc chromate, hexavalent chromium, nickel. |
| Heavy equipment use and storage | Leaking fluids, fluids replacement, washing equipment, use on poor surface area, soil disturbance | Oil, heavy metals, organics, fuels, TSS, hydraulic oil, diesel fuel, gasoline |
| Equipment/vehicle maintenance | Leaking fluids, fluids replacement, washing equipment | Oil, grease |
| | Vehicle fueling | Gas/diesel fuel, fuel additives |

**Table 1.  Common Activities, Pollutant Sources, and Associated Pollutants at Fabricated Metal Products Manufacturing Facilities (continued)**

| Activity | Pollutant Source | Pollutant |
|---|---|---|
| Storage of uncoated structural steel | Stored on porous pavement | Aluminum, lead, zinc, copper, iron, oxide, oil, nickel, manganese. |
| Storing galvanized steel directly on the ground | Galvanizing material drippage or leaching | Metals: zinc, nickel, cadmium, chromium. |
| Vehicle/equipment traffic | Soil disturbance and erosion | TSS from erosion, hydraulic fluid loss/spillage |
| Cleaning equipment/vehicles | Chemicals disposed improperly, spillage | Oil, grease, surfactants, chromates, acid, hydroxide, nitric acid |

## What BMPs can be used to minimize contact between stormwater and potential pollutants at my facility?

A variety of BMP options may be applicable to eliminate or minimize the presence of pollutants in stormwater discharges from fabricated metal products manufacturing facilities. You will likely need to implement a combination or suite of BMPs to address stormwater runoff at your facility. Your first consideration should be for pollution prevention BMPs, which are designed to prevent or minimize pollutants from entering stormwater runoff and/or reduce the volume of stormwater requiring management. Prevention BMPs can include regular cleanup, collection and containment of debris in storage areas, and other housekeeping practices, spill control, and employee training. It may also be necessary to implement treatment BMPs, which are engineered structures, intended to treat stormwater runoff and/or mitigate the effects of increased stormwater runoff peak rate, volume, and velocity. Treatment BMPs are generally more expensive to install and maintain and include oil-water separators, wet ponds, and proprietary filter devices.

Measures to control pollutants at metal fabricating operations should focus primarily on the storage of waste and raw materials, chemical storage areas, and equipment storage and service areas. Since most of the operations occur indoors, procedures are often only needed to minimize exposure of pollutants to stormwater runoff in association with the handling and transporting of materials. Of primary importance is the control of activities and use of chemicals that have been identified as potential sources of pollutants.

The most effective discharge controls for these facilities are BMPs targeted toward source control. This includes utilizing inside storage as much as possible and implementing programs for recycling scrap materials. Many of these practices require the use of covers, indoor storage, and indoor operations. Some structural measures would provide an additional control to reduce the potential for exposure at these facilities. These include source reduction diversion dikes, grass swales, vegetative covers, and sedimentation ponds. Preventive controls are typically low in cost and relatively easy to implement, as the majority of the facilities in this industry already employ these practices. In addition, directing flows to privately owned treatment works or retention ponds will be the most effective measure.

The industry also must give consideration to the non-stormwater discharges associated with improper disposal of materials from the indoor processes due to the extensive use of chemicals in the preparation and finishing phases of metal preparation and fabrication. The industry also involves grinding, welding, and sanding operations that will require special consideration to control potential pollutants that could accumulate and be subject to stormwater runoff.

Most of the measures commonly implemented to reduce pollutants in stormwater associated with the fabricated metals industry are generally uncomplicated practices. Some of the practices may be predicated on the size of the operation, the types of processes that are exercised from a full-scale plant operation to a more specialized company that conducts only a portion of the operations usually found in the fabricating industry.

All fabricated metal products facilities should implement BMPs in the following areas of the site:

- Metal fabricating areas
- Storage areas for raw metal
- Receiving, unloading, and loading areas
- Heavy equipment storage
- Metal working fluid areas
- Unprotected liquid storage tanks
- Chemical cleaners and rinse water
- Raw steel collection areas
- Paints and painting equipment
- Vehicle and equipment maintenance areas
- Hazardous waste storage areas
- Transporting chemicals to storage areas
- Finished products (galvanized)
- Wooden pallets and empty drums

BMPs must be selected and implemented to address the following:

## Good Housekeeping Practices

Good housekeeping is a practical, cost-effective way to maintain a clean and orderly facility to prevent potential pollution sources from coming into contact with stormwater. It includes establishing protocols to reduce the possibility of mishandling materials or equipment and training employees in good housekeeping techniques. Common areas where good housekeeping practices should be followed include trash containers and adjacent areas, material storage areas, vehicle and equipment maintenance areas, and loading docks. Good housekeeping practices must include a schedule for regular pickup and disposal of garbage and waste materials and routine inspections of drums, tanks, and containers for leaks and structural conditions. Practices also include containing and covering garbage, waste materials, and debris. Involving employees in routine monitoring of housekeeping practices has proven to be an effective means of ensuring the continued implementation of these measures.

## Minimizing Exposure

Where feasible, minimizing exposure of potential pollutant sources to precipitation is an important control option. Minimizing exposure prevents pollutants, including debris, from coming into contact with precipitation and can reduce the need for BMPs to treat contaminated stormwater runoff. It can also prevent debris from being picked up by stormwater and carried into drains and surface waters. Examples of BMPs for exposure minimization include covering materials or activities with temporary structures (e.g., tarps) when wet weather is expected or moving materials or activities to existing or new permanent structures (e.g., buildings, silos, sheds). Even the simple practice of keeping a dumpster lid closed can be a very effective pollution prevention measure.

## Erosion and Sediment Control

BMPs must be selected and implemented to limit erosion on areas of your site that, due to topography, activities, soils, cover, materials, or other factors are likely to experience erosion. Erosion control BMPs such as seeding, mulching, and sodding prevent soil from becoming dislodged and should be considered first. Sediment control BMPs such as silt fences, sediment ponds, and stabilized entrances trap sediment after it has eroded. Sediment control BMPs should be used to back-up erosion control BMPs.

**INDUSTRIAL STORMWATER FACT SHEET SERIES**
*Sector AA: Fabricated Metal Products Manufacturing Facilities*

## Management of Runoff

Your SWPPP must contain a narrative evaluation of the appropriateness of stormwater management practices that divert, infiltrate, reuse, or otherwise manage stormwater runoff so as to reduce the discharge of pollutants. Appropriate measures are highly site-specific, but may include, among others, vegetative swales, collection and reuse of stormwater, inlet controls, snow management, infiltration devices, and wet retention measures.

A combination of preventive and treatment BMPs will yield the most effective stormwater management for minimizing the offsite discharge of pollutants via stormwater runoff. Though not specifically outlined in this fact sheet, BMPs must also address preventive maintenance records or logbooks, regular facility inspections, spill prevention and response, and employee training.

All BMPs require regular maintenance to function as intended. Some management measures have simple maintenance requirements, others are quite involved. You must regularly inspect all BMPs to ensure they are operating properly, including during runoff events. As soon as a problem is found, action to resolve it should be initiated immediately.

Implement BMPs, such as those listed below in Table 2 for the control of pollutants at fabricated metal product manufacturing facilities, to minimize and prevent the discharge of pollutants in stormwater. Identifying weaknesses in current facility practices will aid the permittee in determining appropriate BMPs that will achieve a reduction in pollutant loadings. BMPs listed in Table 2 are broadly applicable to fabricated metal product manufacturing facilities; however, this is not a complete list and you are recommended to consult with regulatory agencies or a stormwater engineer/consultant to identify appropriate BMPs for your facility.

*Table 2. BMPs for Potential Pollutant Sources at Fabricated Metal Products Manufacturing Facilities*

| Pollutant Source | BMPs |
|---|---|
| Metal fabricating areas | ❑ Sweep fabrication areas frequently to avoid heavy accumulation of steel ingots, fines, and scrap. |
| | ❑ Absorb dust through a vacuum system to avoid accumulation on roof tops and onto the ground. |
| | ❑ Sweep all accessible paved areas on a regular basis. |
| | ❑ Maintain floors in a clean and dry condition using dry cleanup techniques. |
| | ❑ Remove waste and dispose of regularly. |
| | ❑ Train employees on good housekeeping measures. |
| Raw material storage areas | ❑ Store materials in a covered area whenever possible. |
| | ❑ Organize storage areas so there is easy access in case of a spill. |
| | ❑ Label stored materials to aid in identifying spill contents. |
| | ❑ Minimize the amount of material stored to avoid corrosive activity from long-term exposed materials. |
| | ❑ Dike or berm the area to prevent or minimize run-on. |
| | ❑ Keep area neat and orderly; stack neatly on pallets or off the ground. |
| | ❑ Cover exposed materials. |
| Receiving, unloading, and loading areas | ❑ Confine loading/unloading activities to designated areas outside drainage pathways and away from surface waters. |
| | ❑ Close storm drains during loading/unloading activities in surrounding areas. |

**INDUSTRIAL STORMWATER  FACT SHEET SERIES**
*Sector AA: Fabricated Metal Products Manufacturing Facilities*

*Table 2.  BMPs for Potential Pollutant Sources at Fabricated Metal Products Manufacturing Facilities (continued)*

| Pollutant Source | BMPs |
|---|---|
| Receiving, unloading, and loading areas (continued) | ❑ Use a dead-end sump where materials could be directed. |
| | ❑ Inspect containers for leaks or damage prior to loading/unloading. |
| | ❑ Avoid loading/unloading materials in the rain or provide cover or other protection for loading docks. |
| | ❑ Provide diversion berms, dikes or grassed swales around the perimeter of the area to limit run-on. |
| | ❑ Cover loading and unloading areas and perform these activities on an impervious pad to enable easy collection of spilled materials. |
| | ❑ Slope the impervious concrete floor or pad to collect spills and leaks and convey them to proper containment and treatment. |
| | ❑ Provide overhangs or door skirts to enclose trailer ends at truck loading/unloading docks |
| | ❑ For rail transfer, a drip pan shall be installed within the rails to collect spillage from the tank. |
| | ❑ Where liquid or powdered materials are transferred in bulk to/from truck or rail cars, ensure hose connection points at storage containers are inside containment areas, or drip pans are used in areas where spillage may occur which are not in a containment area. |
| | ❑ Enclose material handling systems. |
| | ❑ Cover materials entering and leaving areas. |
| | ❑ Use dry cleanup methods instead of washing the areas down. |
| | ❑ Regularly sweep area to minimize debris on the ground. |
| | ❑ Provide dust control if necessary. When controlling dust, sweep and/or apply water or materials that will not impact surface or ground water. |
| | ❑ Develop and implement spill prevention, containment, and countermeasure (SPCC) plans. |
| | ❑ Train employees in spill prevention, control, cleanup, and proper materials management techniques. |
| Heavy equipment storage areas | ❑ Vehicles should be stored indoors when possible. |
| | ❑ If stored outdoors, use gravel, concrete, or other porous surfaces to minimize or prevent heavy equipment from creating ditches or other conveyances that would cause sedimentation runoff and increase TSS loadings. |
| | ❑ Provide covering for outdoor storage areas. |
| | ❑ Divert drainage to the grass swales, filter strips, retention ponds, or holding tanks. |
| | ❑ Direct drainage systems away from high traffic areas into collection systems. |
| | ❑ Clean equipment prior to storage. |
| Metal working fluid areas | ❑ Store used metal working fluid with fine metal dust indoors. |
| | ❑ Use tight sealing lids on all fluid containers. |
| | ❑ Use straw, clay absorbents, sawdust, or synthetic absorbents to confine or contain any spills. |
| | ❑ Establish recycling programs for used fluids when possible. |
| | ❑ Conduct daily inspections of each machine to identify problems and trends and reduce fluid waste. |

**Table 2.  BMPs for Potential Pollutant Sources at Fabricated Metal Products Manufacturing Facilities (continued)**

| Pollutant Source | BMPs |
|---|---|
| Metal working fluid areas (continued) | ❑ Use pumps, spigots, and funnels when transferring metal working fluid to reduce the amount of lost fluid and the risk of spilling fluids. |
| | ❑ Fix leaking seals and gadgets to prevent leaks. |
| Unprotected liquid storage tanks | ❑ If area is uncovered, connect sump outlet to sanitary sewer (if possible) or an oil/water separator, catch basin filter, etc. If connecting to a sanitary sewer check with the system operator to ensure that the discharge is acceptable. If implementing separator or filter technologies ensure that regular inspections and maintenance procedures are in place. |
| | ❑ Develop and implement spill plans. |
| | ❑ Train employees in spill prevention and control. |
| | *Above ground tanks* |
| | ❑ Provide secondary containment, such as dikes, with a height sufficient to contain a spill (the greater of 10 percent of the total enclosed tank volume or 110 percent of the volume contained in the largest tank). |
| | ❑ If containment structures have drains, ensure that the drains have valves, and that valves are maintained in the closed position. Institute protocols for checking/testing stormwater in containment areas prior to discharge. |
| | ❑ Use double-walled tanks. |
| | ❑ Keep liquid transfer nozzles/hoses in secondary containment area. |
| | ❑ Include overflow protection. |
| | *Portable containers/drums* |
| | ❑ Store drums indoors when possible. |
| | ❑ Store drums, including empty or used drums, in secondary containment with a roof or cover (including temporary cover such as a tarp that prevents contact with precipitation). |
| | ❑ Provide secondary containment, such as dikes or portable containers, with a height sufficient to contain a spill (the greater of 10 percent of the total enclosed tank volume or 110 percent of the volume contained in the largest tank). |
| | ❑ Clearly label drum with its contents. |
| Chemical cleaners and rinse water | ❑ Use drip pans and other spill devices to collect spills or solvents and other liquid cleaners. |
| | ❑ Recycle wastewater. |
| | ❑ Store recyclable waste indoors or in covered containers. |
| | ❑ Substitute nontoxic cleaning agents when possible. |
| Raw steel collection areas | ❑ Keep collection areas clean. |
| | ❑ Keep materials in a covered storage bin or inside until pickup. |
| | ❑ Collect scrap metals, fines, iron dust and store under cover and recycle. |
| Paints and painting equipment | ❑ Paint and sand indoors when possible. |
| | ❑ If done outside, enclose sanding and painting areas with tarps or plastic sheeting. |
| | ❑ Avoid painting and sandblasting operations outdoors in windy weather conditions. |
| | ❑ Use tarps, drip pans, or other spill collection devices to contain and collect spills. |
| | ❑ Use effective spray equipment that delivers more paint to the target and less overspray. |
| | ❑ Mix paints and solvents in designated areas away from drains, ditches, piers, and surface waters, preferably indoors or under cover. |

**Table 2. BMPs for Potential Pollutant Sources at Fabricated Metal Products Manufacturing Facilities (continued)**

| Pollutant Source | BMPs |
|---|---|
| Paints and painting equipment (continued) | ❑ Have absorbent and other cleanup items readily available for immediate cleanup of spills. |
| | ❑ Allow empty paint cans to dry before disposal. |
| | ❑ Keep paint and paint thinner away from traffic areas to avoid spills. |
| | ❑ Recycle paint, paint thinner, and solvents. |
| | ❑ Establish and implement effective inventory control to reduce paint waste, including tracking date received and expiration dates. |
| | ❑ Use water-based paints when possible. |
| | ❑ Train employees to use the spray equipment properly. |
| Metal chip storage areas | ❑ Store waste chips indoors, if possible. |
| | ❑ Cover outdoors chip storage containers. |
| | ❑ Place chip storage containers on asphalt or concrete surfaces. |
| | ❑ Be sure fluid has completely drained before placing chips in storage containers. |
| | ❑ Continue draining fluids, if necessary. This can be done as simply as tilting containers towards one end and allowing excess fluids to drain through a hole into a residue container. |
| | ❑ Inspect area for leaks or spills. |
| | ❑ Monitor and maintain containers on a regular basis. Empty storage or residue containers and do not allow them to overflow. |
| Hazardous waste storage areas | ❑ Cover and/or enclose storage areas (including temporary cover such as a tarp that prevents contact with precipitation). |
| | ❑ All hazardous waste must be stored in sealed drums. |
| | ❑ Establish centralized satellite drum-storage areas. |
| | ❑ Provide secondary containment around chemical storage areas. |
| | ❑ If containment structures have drains, ensure that the drains have valves, and that valves are maintained in the closed position. Institute protocols for checking/testing stormwater in containment areas prior to discharge. |
| | ❑ Check for corrosion and leakage of storage containers. |
| | ❑ Label materials clearly. |
| | ❑ Properly dispose of outdated materials. |
| | ❑ Dike or use grass swales, ditches, or other containment to prevent run-on or runoff in case of spills. |
| | ❑ Post notices prohibiting dumping of materials into storm drains. |
| | ❑ Store containers, drums, and bags away from high traffic routes and surface waters. |
| | ❑ Do not stack containers in such a way as to cause leaks or damage to the containers. |
| | ❑ Use pallets to store containers when possible. |
| | ❑ Store materials with adequate space for traffic without disturbing drums. |
| | ❑ Maintain low inventory level of chemicals based on need. |
| | ❑ Train employees in spill prevention and control and proper hazardous waste management |

INDUSTRIAL STORMWATER FACT SHEET SERIES
*Sector AA: Fabricated Metal Products Manufacturing Facilities*

**Table 2. BMPs for Potential Pollutant Sources at Fabricated Metal Products Manufacturing Facilities (continued)**

| Pollutant Source | BMPs |
|---|---|
| Equipment/vehicle maintenance areas | **Good Housekeeping** |
| | ❑ Eliminate floor drains that are connected to the storm or sanitary sewer; if necessary, install a sump that is pumped regularly. |
| | ❑ Prevent spills and drips. |
| | ❑ Use drip plans, drain boards, and drying racks to direct drips back into a sink or fluid holding tank for reuse. |
| | ❑ Drain all parts of fluids prior to disposal. Oil filters can be crushed and recycled. |
| | ❑ Promptly transfer used fluids to the proper container; do not leave full drip pans or other open containers around the shop. Empty and clean drip pans and containers. |
| | ❑ Dispose of greasy rags, oil filters, air filters, batteries, spent coolant, and degreasers properly. |
| | ❑ Label and track the recycling of waste material (e.g., used oil, spent solvents, batteries). |
| | ❑ Maintain an organized inventory of materials. |
| | ❑ Eliminate or reduce the number or amount of hazardous materials and waste by substituting nonhazardous or less hazardous materials. |
| | ❑ Clean up leaks, drips, and other spills without using large amounts of water. |
| | ❑ Prohibit the practice of hosing down an area where the practice would result in the exposure of pollutants to stormwater. |
| | ❑ Clean without using liquid cleaners whenever possible. |
| | ❑ Perform all cleaning at a centralized station so the solvents stay in one area. |
| | ❑ If parts are dipped in liquid, remove them slowly to avoid spills. |
| | ❑ Do not pour liquid waste down floor drains, sinks, outdoor storm drain inlets, or other storm drains or sewer connections. |
| | **Minimizing Exposure** |
| | ❑ Perform all cleaning operations indoors or under covering when possible. Conduct the cleaning operations in an area with a concrete floor with no floor drainage other than to sanitary sewers or treatment facilities. |
| | ❑ If operations are uncovered, perform them on concrete pad that is impervious and contained. |
| | ❑ Park vehicles and equipment indoors or under a roof whenever possible and maintain proper control of oil leaks/spills. |
| | ❑ Inspect vehicles closely for leaks and use pans to collect fluid when leaks occur. |
| | **Management of Runoff** |
| | ❑ Use berms, curbs, grassed swales or similar means to ensure that stormwater runoff from other parts of the facility does not flow over the maintenance area. |
| | ❑ Collect the stormwater runoff from the cleaning area and providing treatment or recycling. Discharge vehicle wash or rinse water to the sanitary sewer (if allowed by sewer authority), wastewater treatment, a land application site, or recycled on-site. DO NOT discharge washwater to a storm drain or to surface water. |
| | **Inspections and Training** |
| | ❑ Inspect the maintenance area regularly to insure BMPs are implemented. |
| | ❑ Train employees on proper waste control and disposal procedures. |

*Table 2.  BMPs for Potential Pollutant Sources at Fabricated Metal Products Manufacturing Facilities (continued)*

| Pollutant Source | BMPs |
|---|---|
| Vehicle fueling | ❑ Conduct fueling operations (including the transfer of fuel from tank trucks) on an impervious or contained pad or under a roof or canopy where possible. Covering should extend beyond spill containment pad to prevent rain from entering. |
| | ❑ When fueling in uncovered area, use a concrete pad (not asphalt - not chemically resistant to the fuels being handled). |
| | ❑ Use drip pans where leaks or spills of fuel can occur and where making and breaking hose connections. |
| | ❑ Use fueling hoses with check valves to prevent hose drainage after filling. |
| | ❑ Use spill and overflow protection devices. |
| | ❑ Cleanup spills and leaks immediately. |
| | ❑ Minimize/eliminate run-on onto fueling areas. |
| | ❑ Collect stormwater runoff and provide treatment or recycling. |
| | ❑ Use dry cleanup methods for fuel area rather than hosing the fuel area down. Sweep up absorbents as soon as spilled substances have been absorbed. |
| | ❑ Regularly inspect and perform preventive maintenance on storage tanks to detect potential leaks before they occur. |
| | ❑ Inspect the fueling area for leaks and spills. |
| | ❑ Provide curbing or posts around fuel pumps to prevent collisions from vehicles. |
| | ❑ Discourage "topping off" of fuel tanks. |
| | ❑ Train personnel on vehicle fueling BMPs. |
| Vehicle and equipment cleaning | ❑ Designate vehicle and equipment wash areas that drain to recycle ponds or process wastewater treatment systems. |
| | ❑ Conduct vehicle washing operation indoors or in a covered area. |
| | ❑ Clean washwater residue from portions of the site that drain to stormwater discharges. |
| | ❑ Train employees on proper procedure for washing vehicles and equipment including a discussion of the appropriate location for vehicle washing. |
| Transporting chemicals to storage areas | ❑ Store drums as close to operational building as possible. |
| | ❑ Label all drums with proper warning and handling instructions. |
| | ❑ Forklift operators should be trained to avoid puncturing drums. |
| Finished products (galvanized) storage | ❑ Store finished products indoors, on a wooden pallets concrete pad, gravel surface, or other impervious surface. |
| Wooden pallets and empty drums | ❑ Clean contaminated wooden pallets. |
| | ❑ Cover empty drums. |
| | ❑ Cover contaminated wooden pallets. |
| | ❑ Store drums and pallets indoors. |
| | ❑ Clean empty drums. |
| | ❑ Store pallets and drums on concrete pads. |

## What if activities and materials at my facility are not exposed to precipitation?

The industrial stormwater program requires permit coverage for a number of specified types of industrial activities. However, when a facility is able to prevent the exposure of ALL relevant activities and materials to precipitation, it may be eligible to claim no exposure and qualify for a waiver from permit coverage.

If you are regulated under the industrial permitting program, you must either obtain permit coverage or submit a no exposure certification form, if available. Check with your permitting authority for additional information as not every permitting authority program provides no exposure exemptions.

## Where do I get more information?

For additional information on the industrial stormwater program see **www.epa.gov/npdes/stormwater/msgp**.

A list of names and telephone numbers for each EPA Region or state NPDES permitting authority can be found at **www.epa.gov/npdes/stormwatercontacts**.

## References

Information contained in this Fact Sheet was compiled from EPA's past and present Multi-Sector General Permits and from the following sources:

◆ City of Phoenix, Arizona, Street Transportation Department. 2004. Prevent Storm Water Contamination: Best Management Practices for Section AC - Electronic & Electrical equipment or components, Photographic & Optical Goods Manufacturers. **http://phoenix.gov/STREETS/eleltrnic.pdf**

◆ U.S. EPA, Office of Science and Technology. 1999. Preliminary Data Summary of Urban Stormwater Best Management Practices. EPA-821-R-99-012 **www.epa.gov/OST/stormwater**

◆ U.S. EPA, Office of Wastewater Management. *NPDES Stormwater Multi-Sector General Permit for Industrial Activities (MSGP)*. **www.epa.gov/npdes/stormwater/msgp**

◆ Washington State Department of Ecology. 1999. Metal Machining Sector: A Pollution Prevention Assessment and Guidance. Publication #99-412. **www.ecy.wa.gov/pubs/99412.pdf**

# EXHIBIT B

**Qualifying Rainfall Events (.1 inches of rain or more) During Business Hours**

**NOAA National Climactic Data  Center**

Stations:   **COOP:047740** - SAN DIEGO LINDBERGH FIELD, CA US

Data Types:   **HPCP** - Precipitation (100th of an inch)

2009

| Month | Inches | Time: |
|---|---|---|
| 6-Feb | 0.61 | |
| 7-Feb | 0.74 | |
| 8-Feb | 0.2 | |
| 9-Feb | 0.21 | 8:00 AM |
| 10-Feb | 0.34 | |
| 14-Feb | 0.13 | |
| 16-Feb | 0.62 | 12:00 PM |
| 22-Mar | 0.22 | 11:00 AM |
| 31-May | 0.13 | |
| 4-Jun | 0.13 | |
| 29-Nov | 0.35 | |
| 7-Dec | 0.13 | 9:00 AM |
| 8-Dec | 1.99 | |
| 12-Dec | 0.13 | |
| 13-Dec | 0.88 | |
| **TOTAL** | **6.81** | |

2010

| Month | Inches | Time: |
|---|---|---|
| 18-Jan | 0.1 | 4:00 PM |
| 19-Jan | 1.4 | 1:00 PM |
| 20-Jan | 7.4 | |
| 21-Jan | 1.65 | 12:00 PM |
| 22-Jan | 1.41 | |
| 23-Jan | 0.29 | |
| 27-Jan | 0.14 | |
| 6-Feb | 0.17 | 11:00 AM |
| 7-Feb | 0.27 | |
| 10-Feb | 0.47 | |
| 20-Feb | 0.49 | |
| 22-Feb | 0.12 | |
| 27-Feb | 0.2 | 8 |
| 28-Feb | 1.27 | |
| 7-Mar | 0.38 | 10:00 AM |
| 8-Mar | 0.3 | |
| 1-Apr | 0.49 | |
| 6-Apr | 0.15 | |
| 12-Apr | 0.65 | 4:30 PM |
| 22-Apr | 0.47 | |
| 6-Oct | 0.43 | |
| 20-Oct | 0.9 | 12:00 PM |
| 21-Oct | 0.12 | |
| 30-Oct | 0.38 | 8:00 AM |
| 20-Nov | 0.69 | 2:00 PM |
| 21-Nov | 0.12 | 11:00 AM |
| 24-Nov | 0.87 | |
| 20-Dec | 0.83 | |
| 21-Dec | 3.46 | 8:00 AM |
| 22-Dec | 0.48 | 8:00 AM |
| 26-Dec | 0.69 | |
| 30-Dec | 1.8 | 9:00 AM |
| **TOTAL** | **28.59** | |

**Qualifying Rainfall Events (.1 inches of rain or more) During Business Hours**

**NOAA National Climactic Data  Center**

**Stations:** **COOP:047740** - SAN DIEGO LINDBERGH FIELD, CA US

**Data Types:** **HPCP** - Precipitation (100th of an inch)

2011

| Month | Inches | Time: |
|-------|--------|-------|
| 3-Jan | 0.85 | |
| 4-Jan | 0.1 | |
| 18-Feb | 0.24 | 5:00 AM |
| 20-Feb | 0.2 | |
| 26-Feb | 0.8 | |
| 27-Feb | 0.22 | |
| 7-Mar | 0.2 | |
| 21-Mar | 0.89 | |
| 22-Mar | 0.14 | |
| 24-Mar | 0.25 | |
| 26-Mar | 0.15 | |
| 9-Apr | 0.14 | |
| 18-May | 0.73 | |
| 29-May | 0.1 | |
| 4-Nov | 0.34 | 4:00 PM |
| 12-Nov | 1.04 | 1:00 PM |
| 12-Dec | 0.96 | 9:00 AM |
| **TOTAL** | **7.35** | |

2012

| Month | Inches | Time: |
|-------|--------|-------|
| 23-Jan | 0.2 | 2:00 PM |
| 24-Jan | 0.28 | |
| 7-Feb | 0.23 | 4:00 PM |
| 14-Feb | 0.34 | |
| 16-Feb | 0.2 | |
| 28-Feb | 0.72 | |
| 17-Mar | 0.24 | 1:00 PM |
| 18-Mar | 0.47 | |
| 25-Mar | 0.43 | 5:00 PM |
| 1-Apr | 0.11 | |
| 11-Apr | 0.45 | |
| 13-Apr | 0.33 | 4:00 PM |
| 26-Apr | 0.61 | |
| 12-Oct | 0.77 | |
| 8-Nov | 0.14 | |
| 1-Dec | 0.23 | |
| 13-Dec | 1.6 | 8:00 AM |
| 14-Dec | 0.28 | |
| 15-Dec | 0.37 | |
| 19-Dec | 0.47 | |
| 25-Dec | 0.37 | |
| 30-Dec | 0.28 | |
| **TOTAL** | **9.12** | |

**Exhibit A Page 24 of 57**

**Qualifying Rainfall Events (.1 inches of rain or more) During Business Hours**

**NOAA National Climactic Data  Center**

**Stations:**   **COOP:047740** - SAN DIEGO LINDBERGH FIELD, CA US

**Data Types:**   **HPCP** - Precipitation (100th of an inch)

2013

| Month | Inches |
|------:|-------:|
| 7-Jan | 0.26 |
| 25-Jan | 0.23 |
| 26-Jan | 0.73 |
| 27-Jan | 0.1 |
| 9-Feb | 0.15 |
| 20-Feb | 0.3 |
| 9-Mar | 0.2 |
| 21-Nov | 0.28 |
| 22-Nov | 0.2 |
| 8-Dec | 0.17 |
| 20-Dec | 0.1 |
| **TOTAL** | 2.72 |

2014

| Month | Inches |
|------:|-------:|
| 3-Feb | 0.25 |
| 7-Feb | 0.37 |
| 27-Feb | 0.1 |
| 28-Feb | 0.46 |
| 1-Mar | 0.76 |
| 2-Mar | 0.6 |
| 2-Apr | 0.22 |
| 26-Apr | 0.13 |
| **TOTAL** | 2.89 |

# EXHIBIT C



# City of El Cajon



10 Am
1" 5 Hi

### STORM WATER COMPLIANCE INSPECTION FOR INDUSTRIAL AND COMMERCIAL FACILITIES

Inspector Name: <u>Anjuli Corcovelos</u>   Date: <u>6/2/2010</u>   Time: <u>14:20</u>   FID#: <u>12</u>

Type of Inspection:      Result:

☑ Routine   ☐ Follow-Up      ☑ Full Inspection   ☐ Follow-Up (i.e. not full)   ☐ Could Not Contact   ☐ Not Inventoried   ☐ Refused

☐ Complaint Investigation      ☐ Moved, Vacant   ☐ Moved, Replaced   ☐ Duplicate      ☐ Out of Jurisdiction

## A. Contact Information

| Original | Changes |
|---|---|
| Business Name: <u>Veridiam</u> | Business Name: |
| Street Address: <u>1717 N Cuyamaca St</u> | Street Address: |
| Unit #: | Unit #: |
| Zip Code: <u>92020</u> | Zip Code: |
| Phone Number: <u>619 596 4300</u> | ☐ Home Based?  ☐ Mobile Business? |
| Fax Number: <u>619 562 1190</u> | ☐ Multiple businesses / units located at address? |
| Responsible Person: <u>Duane Hollander</u> | Person Present: <u>Duane Hollander</u> |
| Title: | E-Mail: |
| Mgt Co: <u>none</u> | Prop Mgt Phone: <u>none</u> |
| scape Co: <u>none</u> | Landscape Phone: <u>none</u> |
| Latitude: <u>32.81841312</u> | Longitude: <u>-116.97899479</u> |

Business Certificate Number: <u>0084147</u>  Expiration: <u>12/31/2010</u>  ☐ Unable to Verify

## B. Facility / Site Information

Principal Activity: <u>Manufacture steel pipes/tubes</u>

Currently Assigned SIC Code(s):      <u>3317</u>

Do the existing SIC Code(s) best represent the principal activity?   ☑ Yes ☐ No

Recommended SIC Code(s):

Is the facility subject to CA Statewide General Industrial Permit?   ☑ Mandatory ☐ Conditional ☐ No

If the facility is subject to the CA Statewide General Industrial Permit, has the facility filed...

☐ NONA/NEC   ☑ NOI   WDID #: <u>9371020299</u>   ☐ NOT   Approval Date:

Does the facility maintain a SWPPP or BMP plan?   ☑ Yes ☐ No

Does the facility have a Storm Water monitoring program?   ☑ Yes ☐ No

Approximate distance to receiving water body?   ☑ < 200 ft. ☐ 200 - 1000 ft. ☐ > 1000 ft.

THREAT TO WATER QUALITY   ☑ High ☐ Medium ☐ Low

## C. Initial Observations

...ral Observations / Conditions Of Concern:

Discarge Points:

Five storm drains on site; perimeter runoff to channel connected directly to Forester Creek.

Approximate area covered by industrial or commercial activies:   6 acres

   Approximate % of impervious surface of this area:   90

Exposed areas of significant outdoor activity and/or storage:   ☑ Permanent  ☐ Occasional  ☐ None

## D. BMP Asssessment

|  | | **Result** | | | |
|---|---|---|---|---|---|
|  | | *(bold indicates corrective actions required)* | | | |

**D.1 General BMPs**

| | | N/A | FI | PI | NI |
|---|---|---|---|---|---|
| 1 | Keep site free of litter, debris, and sediment using dry methods | ☐ | ☐ | ☑ | ☐ |
| 2 | Keep parking lots, sidewalks, and streets free of sediment and debris using dry methods | ☐ | ☐ | ☑ | ☐ |
| 3 | Keep outdoor areas free of leaks and spills | ☐ | ☐ | ☑ | ☐ |
| 4 | Collect water from pressure washing or hosing and dispose of appropriately | ☑ | ☐ | ☐ | ☐ |
| 5 | Direct roof downspouts away from areas of potential pollutants | ☐ | ☑ | ☐ | ☐ |

Comments: Roof sediment, eroded soil on ground throughout. More frequent sweeping. Filters on drains should be installed. Piles of rust powder should be swept up. Reverse osmosis plant leaking.

**...andscaping BMPs**

| | | N/A | FI | PI | NI |
|---|---|---|---|---|---|
| 1 | Properly manage pesticides/fertilizer; use IPM when feasible | ☑ | ☐ | ☐ | ☐ |
| 2 | Employ adequate erosion prevention measures (vegetation or physical stabilization) | ☐ | ☐ | ☐ | ☑ |
| 3 | Minimize over watering/over-irrigation | ☑ | ☐ | ☐ | ☐ |
| 4 | Properly store stockpiles to prevent material transport | ☑ | ☐ | ☐ | ☐ |
| 5 | Properly store and dispose of green waste | ☑ | ☐ | ☐ | ☐ |

Comments: Erosion of bare soil on site along channel that leads to Forester Creek. Concrete berm in replace of sand bags recommended.

**D.3 BMPs for Materials & Waste**

| | | N/A | FI | PI | NI |
|---|---|---|---|---|---|
| 1 | Protect trash area from contact with storm water | ☐ | ☑ | ☐ | ☐ |
| 2 | Keep trash area free of litter and debris, liquids, powders, sediment | ☐ | ☑ | ☐ | ☐ |
| 3 | Adequately cover materials stored outside | ☐ | ☐ | ☑ | ☐ |
| 4 | Prevent run-on from contacting materials stored outdoors | ☐ | ☑ | ☐ | ☐ |
| 5 | Properly label outdoor storage containers | ☐ | ☑ | ☐ | ☐ |
| 6 | Provide an accessible, functional, spill response kit | ☐ | ☑ | ☐ | ☐ |
| 7 | Equip liquid storage containers with secondary containment | ☐ | ☑ | ☐ | ☐ |
| 8 | ...eep secondary containment free of spills and rainwater | ☐ | ☑ | ☐ | ☐ |
| 9 | Properly store and dispose of hazardous materials | ☐ | ☑ | ☐ | ☐ |
| 10 | Keep loading and unloading areas, including drains, free of debris | ☐ | ☐ | ☐ | ☑ |

## D. BMP Asssessment (continued)

**Result**
(bold indicates corrective actions required)

### BMPs for Materials & Waste (continued)

| | | N/A | FI | PI | NI |
|---|---|---|---|---|---|
| 11 | Dispose of water generated by processing activities appropriately | ☐ | ☑ | ☐ | ☐ |
| 12 | Dispose of pool, spa, fountain, and filter backwash water properly | ☐ | ☑ | ☐ | ☐ |
| 13 | Clean floor mats in locations that do not drain to storm drain system | ☑ | ☐ | ☐ | ☐ |

Comments: <u>Rusted beams, scrap metal (with oil residue), rusted drums, rusted door (used to hold hz waste drums) should be covered. Rust has leached into ground and should be cleaned. Reverse osmosis plant on site.</u>

### D.4 BMPs for Equipment, Vehicles, and Outdoor Activities

| | | N/A | FI | PI | NI |
|---|---|---|---|---|---|
| 1 | Conduct outdoor activities within contained areas (garage, under canopy, work shop) | ☐ | ☐ | ☐ | ☑ |
| 2 | Use drip pans to collect leaks/spills | ☐ | ☑ | ☐ | ☐ |
| 3 | Drain fluids from all non-operational vehicles stored outdoors | ☑ | ☐ | ☐ | ☐ |
| 4 | Provide materials (berm, mat, etc.) to protect storm drain inlets from spills and leaks | ☐ | ☐ | ☐ | ☑ |
| 5 | Perform vehicle/equipment washing in a contained area where runoff does not enter the MS4 | ☑ | ☐ | ☐ | ☐ |

Comments: <u>Welding/grinding outdoor area not covered. Area should be covered.</u>

### D.5 Other BMPs

| | | N/A | FI | PI | NI |
|---|---|---|---|---|---|
| 1 | Manage animal waste in a manner that prevents animal waste being transported in runoff | ☑ | ☐ | ☐ | ☐ |
| 2 | Keep grease bin and area surrounding grease bin free of grease stains/spills | ☑ | ☐ | ☐ | ☐ |
| 3 | Keep storm drain inlets free of grease and other food debris | ☑ | ☐ | ☐ | ☐ |
| 4 | Identify and eliminate illicit connections and illegal discharges | ☐ | ☑ | ☐ | ☐ |
| 5 | Provide storm water training for appropriate employees | ☐ | ☑ | ☐ | ☐ |

Comments:

### D.6 Additional Required Actions

<u>Increase frequency of sweeping (sweeper truck recommended), sweep up rust powder, clean rust stains, sweep up piles of roof sediment/ eroded soil, fix leaking osmosis plant, install filters into drains, concrete berm recommended, cover outdoor storage listed in B.3 comments, cover welding/grinding area.</u>

☑ Based on inspection findings, it appears likely that significant levels of <u>metals, TPS, TSS</u> would br present in storm water discharges from this site. Take action to reduce the levels of pollutants to the maximum extent practicable. Treatment control BMPs are likely necessary.

Owner/Operater has been notified of recommended corrective actions verbally:   ☐ Yes  ☑ No   If no, explain:

Please refer to www.ci.el-cajon.ca.us/dept/works/stormwater.html for more information on BMP implementation options.

### D.7 Additional Questions

| | Comments / Results |
|---|---|
| Are there any potential air sources that could contribute to atmospheric deposition of pollutants? | ☑ None  ☐ Painting  ☐ Fueling  ☐ Dust Dispersion or Mineral Processing<br>☐ Sandblasting  ☐ Metal Smelting/Plating/Anodizing  ☐ Chem Production / Mix<br>☐ Incinerator/Fuel Burning  ☐ Other |
| Are there any treatment control BMPs on site? If yes, fill in the type and answer the three questions below. | ☐ Yes  ☑ No   Type(s): |
| Are present treatment control BMPs regularly maintained? | ☐ Yes  ☐ No  ☑ N/A |
| Approx. % of site that drains to treatment control BMPs? | ☑ N/A |
| Do major potential pollutant sources drain to treatment control BMPs? | ☐ All  ☐ Some  ☐ None  ☑ N/A |
| Any illicit connections been identified... | ☐ Yes  ☑ No  ☐ N/A |
| Have the appropriate authorities been notified? | ☐ Yes  ☑ No  ☐ N/A |
| Were they eliminated during the site visit? | ☐ Yes  ☐ No  ☑ N/A |

FID: 12

| Were any non IC/ID-related corrective actions implemented during the site visit? | ☐ Yes ☑ No |
|---|---|
| any educational materials distributed? | ☐ Yes ☐ No ☑ N/A |

## D.8 Additional BMP Questions for Eating Establishments (only)    ☑ N / A

| | |
|---|---|
| 1 Is a spill kit present adjacent to grease storage areas? | Yes   No   N/A |
| 2 Does the facility have grease interceptors or traps on all fixtures? | Interceptor   Traps (all)   Traps (some)   No |
| 3 Are suitable spill proof containers present and used for grease transfer and storage? | Yes   No   N/A |
| 4 Does the facility use a commercial dishwasher? | Yes   No |
| 5 Does the facility have a functional garbage disposal? | Yes   No |
| 6 Does the facility usa drain screens on all fixtures? | Yes   No |
| 7 Are records for grease pick-up and removal manifests / logs available? | Yes   No   N/A |
| 8 Are training materials and logs (for employees) available? | Yes   No   N/A |
| 9 Is the facility displaying the City of El Cajon BMP Placard? | Yes   No |

Comments:

## E. State General Industrial Permit Compliance*    ☑ In Compliance / Commercial

Non-Compliance with the State Industrial Storm Water General Permit noted.

In the future, under a new Industrial Permit, which has not yet been adopted, this facility may be able to qualify for exemption from Permit coverage based on no outdoor exposure.

### ific Action(s) Required to Correct the Violation Described Above*:

File a Notice of Intent (NOI) with the State Water Resources Control Board (SWRCB) to obtain coverage under the industrial permit - see Attachment 3 of the Industrial permit (www.waterboards.ca.gov/stormwtr/industrial.html).

For "Conditional" facilities only: this site presently has outdoor exposure filing for coverage under the Industrial Permit. If you implement all of the recommended BMPs and eliminate outdoor exposure, you may be able to qualify for exemption from obtaining Industrial Permit coverage. Please contact the Regional Water Quality Control Board (RWQCB) for details (www.swcrb.ca.gov/rwqcb9/).

Develop and implement a Storm Water Polution Prevention Plan (SWPPP) - see Section A of the Industrial Permit for guidelines.

Develop and implement a storm water monitoring program - see Section B of the Industrial Permit for guidelines.

Complete a Notice of Non-Applicability (NONA) and accompanying No Exposure Certification (NEC). Contact the RWQCB for details.

## F. Corrective Action Summary
☑ **Corrective Actions Required**   Please refer to Sections D and E of this form.

☐ No corrective actions required at this time.

## G. Recommended City Actions
Follow up inspection

### General Asssessment
Level of knowledge regarding Storm Water issues: ☑ High ☐ Medium ☐ Low
Level of cleanliness, BMP implementation, and orderliness of the site: ☐ High ☐ Medium ☑ Low

**Follow-up Inspection Priority:** ☐ 1 ☑ 2 ☐ 3 ☐ None

se note the Regional Water Quality Control Board (RWQCB) is the final arbiter of Industrial Permit compliance; please contact the RWQCB at (858) 467-2952 for details of what is necessary to comply with the Industrial Permit.

**Recommended City actions listed at the time of inspection are subject to change based on later review by office staff.

```
*************** -COMM. JOURNAL- *************** DATE MAR-25-2011 ***** TIME 07:41 ******
```

MODE = MEMORY TRANSMISSION          START=MAR-25 07:37     END=MAR-25 07:41

FILE NO.=252

| STN NO. | COMM. | ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---------|-------|----------|----------------------|-------|----------|
| 001 | OK | ☎ | 5625776 | 006/006 | 00:02:50 |

                                              -EL CAJON, CITY OF        -

```
*************************** - PUBLIC WORKS - ***** -          - ********
```

## City of El Cajon
Public Works Department
200 Civic Center Way
El Cajon, CA 92020
(619) 441-1653
FAX (619) 579-5254



# Fax

To: DUANE HOLLANDER          From: CRAIG BONNER

Firm: VERIDIAM                Pages: (6) INCL. COVER

Fax: 562-5776                 Date: 3-25-11

Phone:                        Subject: COPY OF INSPECTION REPORT.

☐ Urgent   ☐ Per Request   ☐ For Review   ☐ Please Comment   ☐ Please Reply

● Comments:

# CITY OF EL CAJON
## STORM WATER COMPLIANCE INSPECTION FOR INDUSTRIAL AND COMMERCIAL FACILITIES
Inspected by D-MAX Engineering, Inc.

Inspector Name __CRAIG BONNER__    Date _3 / 17 / 11_  Time _10 : 00_ (AM)/ PM

**Type of Inspection:**    Result: ☑Full Insp. ☐ Could not Contact ☐ Not Inventoried ☐ Moved, Vacant ☐ Refused
☑Routine ☐ Follow-up       ☐ Moved, Replaced by_____ ☐ Follow-up (i.e. not full)
☐ Complaint Investigation  ☐ Out of Jurisdiction ☐ Duplicate of: _____ ☐ Mobile

## A. CONTACT INFORMATION

| Original | Changes |
|---|---|
| Business Name __VERIDIAM__ | Business Name_____ |
| Street Address _1717 CUYAMACA ST._  _92020_ | Street Address_____  ☐ change _____ |
| Responsible Person(s) __DUANE HOLLANDER__ | Responsible Person(s)_____ |
| Title: __ENVIRON. MGR.__ | Business Telephone # (___) ___-_____ext._____ |
| Business Telephone # _(619)596_-_4300_ ext._____ | Business Fax # (_____) ___-_____ |
| Business Fax # _(619)562-1190_ | |

Home Based? ☐ Yes ☑No   Mobile Business? ☐ Yes ☑No
Is this facility located in a multi-suite complex? ☐ Yes ☑No
Facility personnel present: __DUANE HOLLANDER.__

## B. FACILITY/SITE INFORMATION

Principal activity: __MANUF. STEEL TUBES / PIPES.__

Assigned NAICS code(s) _3399_ ___ ___ and/or SIC Code(s) _3999_ ___ ___
Does NAICS Code best represent principal activity: ☐ Yes ☑No   SIC? ☐ Yes ☑No
Recommended change of NAICS Code(s)? _331210_ ___ Of SIC? _3317_ ___

**Existing NAICS code(s)** ___ ___ ___ **and  SIC Code(s)** ___ ___ ___

**Status Update** (if no longer active in City or does not need an inspection): ☐ Moved/Out of Business ☐ Duplicate
☐ Not Inventoried ☐ Out of Jurisdiction

Does facility have a current business certificate? ☑Yes ☐ No  # _84147_ Exp. _12/11_
Is facility subject to CA Statewide General Industrial Permit? ☑Mandatory ☐ Conditional ☐ No
   Does facility have a Notice of Non-Applicability (NONA/NEC)? ☐ Yes ☑No
   Has facility filed a Notice of Intent (NOI) to obtain coverage? ☑Yes ☐ No  WDID: 9 37I0 _20299_
Has facility filed a Notice Of Termination (NOT) for the WDID# listed above? ☐ Yes ☑No  Approval date: _____
Does facility maintain SWPPP or BMP Plan? ☑Yes ☐ No                    month/yr
Does facility have a storm water monitoring program? ☑Yes ☐ No

## C. INITIAL OBSERVATIONS

Approximate distance to receiving water body: ☑< 200 ft. ☐ 200 – 1000 ft. ☐ > 1000 ft.
Discharge points: __FIVE STORM DRAINS ON SITE, PERIMETER RUNOFF TO CHANNEL CONNECTED TO FORRESTER CREEK.__
   Approximate area covered by industrial or commercial activities: __6 ACRES__ square feet
   Approximate % impervious surface of this area __90__ %
Exposed areas of significant outdoor activity or storage? ☑Permanent ☐ Occasional ☐ No

**Exhibit A Page 32 of 57**

## D. BMP ASSESSMENT

| BMPs | No Corrections Required | | Corrections Required | | Comments |
|---|---|---|---|---|---|
| | N/A | Fully Implemented | Partially Implemented | Not Implemented | |
| **D.1 General** | | | | | |
| Keep site free of litter, debris, and sediment using dry methods | | | ✓ | | MATERIAL STORAGE AREA |
| Keep parking lots, sidewalks, and streets free of sediment and debris using dry methods | | ✓ | | | |
| Keep outdoor areas free of spills and leaks | | ✓ | | | |
| Collect water from pressure washing or hosing and dispose of appropriately | ✓ | | | | ☐ Unknown Performed by: |
| Direct roof downspouts away from areas of potential pollutants | | ✓ | | | |
| Sewer lateral(s) maintenance | | ✓ | | | |
| Establish a regular schedule for private sewer lateral maintenance | ✓ | | | | |
| **D.2  Landscaping** | | | | | |
| Properly manage pesticides/fertilizer; use IPM when feasible | | ✓ | | | ☐ Unknown Landscaping Co: |
| Employ adequate erosion prevention measures (vegetation or physical ˉization) | | ✓ | | | |
| ˉnize over watering/over-irrigation | ✓ | | | | |
| Properly store stockpiles to prevent material transport | ✓ | | | | |
| Properly store and dispose of green waste | ✓ | | | | ☐ Unknown |
| **D.3  Materials and Wastes** | | | | | |
| Protect trash area from contact with storm water | | ✓ | | | |
| Keep trash area free of litter and debris, liquids, powders, sediment | | ✓ | | | |
| Adequately cover materials stored outside | | | ✓ | | |
| Prevent run-on from contacting materials stored outdoors | | | ✓ | | |
| Properly label outdoor storage containers | | ✓ | | | |
| Provide an accessible, functional spill response kit | | ✓ | | | |
| Equip liquid storage containers with secondary containment | | ✓ | | | |
| Keep secondary containment free of spills and rainwater | | ✓ | | | |
| Properly store and dispose of hazardous materials | | ✓ | | | |
| Keep loading and unloading areas, ˉling drains, free of debris | | | ✓ | | CLEAN AND CABLE DRAINS |
| ˉpose of water generated by processing activities appropriately | ✓ | ✓ | ✓ | | |
| Dispose of pool, spa, fountain, and filter backwash water properly | | ✓ | | | ☐ Unknown Performed by: |

| BMPs | No Corrections Required | | Corrections Required | | Comments |
|---|---|---|---|---|---|
| | N/A | Fully Implemented | Partially Implemented | Not Implemented | |
| Clean floor mats in locations that do not drain to storm drain system | ✓ | | | | |

### D.4  Equipment, Vehicles, and Outdoor Activities

| | | | | | |
|---|---|---|---|---|---|
| Conduct outdoor activities within contained areas (garage, under canopy, work shop) | | | ✓ | | |
| Use drip pans to collect leaks/spills | ✓ | | | | |
| Drain fluids from all non-operational vehicles stored outdoors | ✓ | | | | |
| Vehicle and equipment fueling | ✓ | | | | |
| Provide materials (berm, mat, etc.) to protect storm drain inlets from spills and leaks | | ✓ | | | |
| Perform vehicle/equipment washing in a contained area where runoff does not enter the MS4 | ✓ | | | | |

### D.5  Other

| | | | | | |
|---|---|---|---|---|---|
| Manage animals and animal waste in a manner that prevents animal waste from being transported in runoff | ✓ | | | | |
| Keep grease bin and area surrounding the bin free of grease stains/spills | ✓ | | | | |
| Keep storm drain inlets free of grease and other food debris | ✓ | | | | |
| Identify and eliminate illicit connections and illegal discharges | ✓ | | | | |
| Provide storm water training for appropriate employees | ✓ | | | | |

### D.6  ADDITIONAL REQUIRED ACTIONS

① INSTALL FILTER INSERTS FOR LOT DRAINS, ② REMOVE OR COVER MATERIALS STORED OUTDOORS. ③ SWEEP PAVED AREAS REGULARLY ④ LABLE DRAIN INLETS (PAINT)

☐ Based on inspection findings, it appears likely that significant levels of _____ METALS / DEBRIS _____ would be present in storm water discharges from this site. Take action to reduce the levels of _____ " " _____ to the maximum extent practicable. Treatment control BMPs are likely necessary.

Owner/operator has been notified of recommended corrective actions both verbally and by: ☑ Hand   ☐ Mail   ☐ Fax

Please refer to http://www.ci.el-cajon.ca.us/dept/works/stormwater.html for more information on BMP implementation options.

| D.7  Additional Questions | Comments/Results |
|---|---|
| Are there any potential air sources that could contribute to atmospheric deposition of pollutants? | ☑Painting  ☐ Sandblasting  ☐ Fuel Distribution ☑Dust dispersion or mineral processing  ☐ Metal smelting  ☐ Metal plating or anodizing  ☐ Chemical production or mixing ☐ Large fuel burning device  ☐ Incinerator |
| Does facility have a grease trap or grease interceptor? | ☑ No  ☐ Grease Trap  ☐ Grease Interceptor  ☐ Unknown |
| Are there any treatment control BMPs on site? | ☐ Filter insert  ☐ Hydrodynamic separator  ☐ Debris screen ☐ Sewer diversion ☐ Vegetated swale  ☐ Vegetated filter strip  ☐ Biofiltration ☐ Detention/sedimentation basin  ☐ Containment and evaporation or reuse ☐ Filtration |
| Are treatment control BMPs regularly maintained? | ☐ Yes  ☐ No  ☐ Unknown ☑ N/A |

| | |
|---|---|
| What is the approximate percentage of the site that drains to the treatment control BMPs? | ☑ N/A |
| ☐ major potential pollutant sources drain to treatment ☐ )? | ☐ All ☐ Some ☐ None ☑ N/A |
| If any illicit connections and/or illegal discharges were identified have the appropriate authorities been notified? | ☐ Yes ☐ No ☑ N/A |
| If any illicit connections and/or illegal discharges were identified, were they eliminated during the site visit? | ☐ Yes ☐ No ☑ N/A |
| Were any non IC/ID related corrective actions implemented during the site visit? | ☐ Yes ☐ No ☑ N/A |
| Were any educational materials distributed? | NOI   NONA/NEC   IF   IF-S   SP   SP-S   IS   IS-S   AF   AF-S  DU   DU-S   MB   *DRAFT INDUSTRIAL* |

## E.   STATE GENERAL INDUSTRIAL PERMIT COMPLIANCE*

☐   Non-compliance with the State Industrial Storm Water General Permit noted.

    ☐   In the future, under a new Industrial Permit, which has not yet been adopted, this facility may be able to qualify for exemption from Permit coverage based on no outdoor exposure.

**SPECIFIC ACTION(S) REQUIRED TO CORRECT THE VIOLATION DESCRIBED ABOVE*:**

☐   File a Notice of Intent (NOI) with the State Water Resources Control Board (SWRCB) to obtain coverage under the Industrial Permit—see Attachment 3 of the Industrial Permit (www.waterboards.ca.gov/stormwtr/industrial.html).

    ☐   For "Conditional" facilities only: this site presently has outdoor exposure that requires filing for coverage under the Industrial Permit.  If you implement all the recommended BMPs and eliminate outdoor exposure, you may be able to qualify for exemption from obtaining Industrial Permit coverage.  Please contact the RWQCB for details.

☐   Develop and implement a Storm Water Pollution Prevention Plan (SWPPP)—see Section A of the Industrial Permit.

    Develop and implement a storm water monitoring program--see section B of the Industrial Permit for guidelines.

☐   Complete the provided Notice of Non-Applicability (NONA) and accompanying No Exposure Certification (NEC).

*Additional notes and/or actions required:* _____
_____
_____
_____

## F.   CORRECTIVE ACTION SUMMARY

☐   **Corrective Actions Required.**  Please refer to sections D.1-D.6 and E of this form

☐   No Corrective Actions Required at this Time.

## G.   RECOMMENDED CITY ACTIONS**

_____
_____

**Follow Up Inspection Priority:**   ☐ Priority 1       ☐ Priority 2       ☑ Priority 3

**ASSESSMENT**

Level of knowledge regarding stormwater issues:           ☐ 1   ☐ 2   ☐ 3   ☑ 4   ☐ 5

Level of cleanliness, BMP implementation, orderliness of site:   ☐ 1   ☐ 2   ☐ 3   ☑ 4   ☐ 5

*Please note that the Regional Water Quality Control Board (RWQCB) is the final arbiter of Industrial Permit compliance; please contact the RWQCB at (858) 467-2952 for details of what is necessary to comply with the Industrial Permit.

**Recommended City actions listed at the time of inspection are subject to change based on later review by office staff.


P3170033.JPG


P3170034.JPG


P3170035.JPG


P3170036.JPG


P3170037.JPG


P3170038.JPG


P3170039.JPG


P3170040.JPG


P3170041.JPG


P3170042.JPG


P3170043.JPG


P3170044.JPG


P3170045.JPG


P3170046.JPG


P3170047.JPG


P3170048.JPG


P3170016.JPG


P3170017.JPG


P3170018.JPG


P3170019.JPG


P3170020.JPG


P3170021.JPG


P3170022.JPG


P3170023.JPG


P3170024.JPG


P3170025.JPG


P3170026.JPG


P3170027.JPG


P3170028.JPG


P3170029.JPG


P3170030.JPG


P3170031.JPG


P3170032.JPG

# City of El Cajon

Public Works Department
200 Civic Center Way
El Cajon, CA  92020
(619) 441-1653
FAX (619) 579-5254




# Fax

To: DUANE HOLLANDER          From: CRAIG BONNER

Firm: VERIDIAM               Pages: (6.) INCL. COVER

Fax: 562-5776               Date: 3-25-11

Phone:                      Subject: COPY OF INSPECTION
                                     REPORT.

☐ Urgent    ☐ Per Request    ☐ For Review    ☐ Please Comment    ☐ Please Reply

● **Comments:**

# CITY OF EL CAJON
## STORM WATER COMPLIANCE INSPECTION FOR INDUSTRIAL AND COMMERCIAL FACILITIES
Inspected by D-Max Engineering, Inc.

Inspector Name __CRAIG BONNER__   Date _3 / 28 / 12_   Time _10:00_ AM / PM

**Type of Inspection:**   Result: ☑ Full Insp.  ☐ Could not Contact  ☐ Not Inventoried  ☐ Moved, Vacant  ☐ Refused
☑ Routine  ☐ Follow-up   ☐ Moved, Replaced by_____  ☐ Follow-up (i.e. not full)
☐ Complaint Investigation   ☐ Out of Jurisdiction  ☐ Duplicate of: _____  ☐ Mobile

## A. CONTACT INFORMATION

|  | Original | Changes |
|---|---|---|
| Business Name | __VERIDIAM__ | Business Name_____ |

Street Address __1717 N. CUYAMACA__ __92020__
☐ change

Street Address_____

Responsible Person(s) __DUANE HOLLANDER__
Title:_____

Responsible Person(s)_____

Business Telephone # _(619) 596 - 4300_ ext._____

Business Telephone # (____) ____ - ____ ext._____

Business Fax # _(619) 562 - 1190_

Business Fax # (____) ____ - ____

Home Based? ☐ Yes ☑ No   Mobile Business? ☐ Yes ☑ No
Is this facility located in a multi-suite complex? ☐ Yes ☑ No
Facility personnel present: __DUANE HOLLANDER__

## B. FACILITY/SITE INFORMATION

Principal activity: __MANUFACTURE STEEL TUBES AND PIPES__

Assigned NAICS code(s) __3399__ _____ _____ and/or  SIC Code(s) __3999__ _____
Does NAICS Code best represent principal activity: ☐ Yes   ☐ No   SIC? ☐ Yes   ☐ No
Recommended change of NAICS Code(s)?_____ _____ _____  Of SIC? _____ _____ _____

**Existing NAICS code(s)** _____ _____ _____ _____  and  **SIC Code(s)** _____ _____ _____
**Status Update** (if no longer active in City or does not need an inspection): ☐ Moved/Out of Business  ☐ Duplicate
☐ Not Inventoried  ☐ Out of Jurisdiction

Does facility have a current business certificate? ☑ Yes ☐ No  # __84147__   Exp. _12/12_
Is facility subject to CA Statewide General Industrial Permit?   ☑ Mandatory ☐ Conditional ☐ No
   Does facility have a Notice of Non-Applicability (NONA/NEC)?   ☐ Yes ☑ No
   Has facility filed a Notice of Intent (NOI) to obtain coverage?   ☑ Yes ☐ No   WDID: 9 37I0 __20299__
Has facility filed a Notice Of Termination (NOT) for the WDID# listed above? ☐ Yes ☑ No  Approval date:_____ month/yr
Does facility maintain SWPPP or BMP Plan?   ☑ Yes ☐ No
Does facility have a storm water monitoring program?   ☑ Yes ☐ No

## C. INITIAL OBSERVATIONS

Approximate distance to receiving water body:   ☑ < 200 ft.  ☐ 200 – 1000 ft.  ☐ > 1000 ft.
Discharge points: __FIVE STORM DRAINS ON SITE, PERIMETER RUNOFF TO__
__CHANNEL CONNECTED TO FORRESTER CREEK__
Approximate area covered by industrial or commercial activities:  __6 ACRES__ square feet
Approximate % impervious surface of this area __90__ %
Exposed areas of significant outdoor activity or storage? ☑ Permanent  ☐ Occasional  ☐ No

DMAX Industrial/Commercial Storm Water Inspection Form

Page 1 of 4

## D. BMP ASSESSMENT

| BMPs | No Corrections Required | | Corrections Required | | Comments |
|------|------|------|------|------|------|
| | N/A | Fully Implemented | Partially Implemented | Not Implemented | |
| **D.1 General** | | | | | |
| Keep site free of litter, debris, and sediment using dry methods | | ✓ | | | |
| Keep parking lots, sidewalks, and streets free of sediment and debris using dry methods | | ✓ | | | |
| Keep outdoor areas free of spills and leaks | | ✓ | | | |
| Collect water from pressure washing or hosing and dispose of appropriately | ✓ | | | | ☐ Unknown Performed by: |
| Direct roof downspouts away from areas of potential pollutants | | ✓ | | | |
| Sewer lateral(s) maintenance | | ✓ | | | |
| Establish a regular schedule for private sewer lateral maintenance | ✓ | | | | |
| **D.2  Landscaping** | | | | | |
| Properly manage pesticides/fertilizer; use IPM when feasible | | ✓ | | | ☐ Unknown Landscaping Co: |
| Employ adequate erosion prevention measures (vegetation or physical stabilization) | | ✓ | | | |
| Minimize over watering/over-irrigation | | ✓ | | | |
| Properly store stockpiles to prevent material transport | ✓ | | | | |
| Properly store and dispose of green waste | | ✓ | | | ☐ Unknown |
| **D.3  Materials and Wastes** | | | | | |
| Protect trash area from contact with storm water | | | ✓ | | |
| Keep trash area free of litter and debris, liquids, powders, sediment | | ✓ | | | |
| Adequately cover materials stored outside | | | ✓ | | |
| Prevent run-on from contacting materials stored outdoors | | | ✓ | | |
| Properly label outdoor storage containers | ✓ | | | | |
| Provide an accessible, functional spill response kit | | ✓ | | | |
| Equip liquid storage containers with secondary containment | | | ✓ | | |
| Keep secondary containment free of spills and rainwater | | ✓ | | | |
| Properly store and dispose of hazardous materials | | ✓ | | | |
| Keep loading and unloading areas, including drains, free of debris | | ✓ | | | |
| Dispose of water generated by processing activities appropriately | ✓ | | | | |
| Dispose of pool, spa, fountain, and filter backwash water properly | ✓ | | | | ☐ Unknown Performed by: |

| BMPs | No Corrections Required | | Corrections Required | | Comments |
|---|---|---|---|---|---|
| | N/A | Fully Implemented | Partially Implemented | Not Implemented | |
| Clean floor mats in locations that do not drain to storm drain system | ✓ | | | | |

### D.4  Equipment, Vehicles, and Outdoor Activities

| BMPs | N/A | Fully Implemented | Partially Implemented | Not Implemented | Comments |
|---|---|---|---|---|---|
| Conduct outdoor activities within contained areas (garage, under canopy, work shop) | | ✓ | | | |
| Use drip pans to collect leaks/spills | ✓ | | | | |
| Drain fluids from all non-operational vehicles stored outdoors | ✓ | | | | |
| Vehicle and equipment fueling | ✓ | | | | |
| Provide materials (berm, mat, etc.) to protect storm drain inlets from spills and leaks | ✓ | | | | |
| Perform vehicle/equipment washing in a contained area where runoff does not enter the MS4 | ✓ | | | | |

### D.5  Other

| BMPs | N/A | Fully Implemented | Partially Implemented | Not Implemented | Comments |
|---|---|---|---|---|---|
| Manage animals and animal waste in a manner that prevents animal waste from being transported in runoff | ✓ | | | | |
| Keep grease bin and area surrounding grease bin free of grease stains/spills | ✓ | | | | |
| Keep storm drain inlets free of grease and other food debris | ✓ | | | | |
| Identify and eliminate illicit connections and illegal discharges | ✓ | | | | |
| Provide storm water training for appropriate employees | | ✓ | | | |

### D.6  ADDITIONAL REQUIRED ACTIONS

#1) INSTALL BERM AROUND OUTDOOR TANK/WORK AREA (SEE PHOTO) #1  #2) REMOVE ALL UNCOVERED MATERIALS STORED OUTDOORS OR COVER.  #3) SWEEP ALL PAVED AREAS DAILY. #4) DRAIN WATER FROM METAL TANKS ON GRASS LOT.

☐ Based on inspection findings, it appears likely that significant levels of _____ would be present in storm water discharges from this site.  Take action to reduce the levels of _____ to the maximum extent practicable.  Treatment control BMPs are likely necessary.

Owner/operator has been notified of recommended corrective actions both verbally and by: ☑ Hand  ☐ Mail  ☐ Fax

Please refer to http://www.ci.el-cajon.ca.us/dept/works/stormwater.html for more information on BMP implementation options.

| D.7  Additional Questions | Comments/Results |
|---|---|
| Are there any potential air sources that could contribute to atmospheric deposition of pollutants? | ☐ Painting ☐ Sandblasting ☐ Fuel Distribution ☐ Dust dispersion or mineral processing ☐ Metal smelting ☐ Metal plating or anodizing ☐ Chemical production or mixing ☐ Large fuel burning device ☐ Incinerator |
| Does facility have a grease trap or grease interceptor? | ☐ No  ☐ Grease Trap  ☐ Grease Interceptor  ☐ Unknown |
| Are there any treatment control BMPs on site? | ☐ Filter insert ☐ Hydrodynamic separator ☐ Debris screen ☐ Sewer diversion ☐ Vegetated swale ☐ Vegetated filter strip ☐ Biofiltration ☐ Detention/sedimentation basin ☐ Containment and evaporation or reuse ☐ Filtration |
| Are treatment control BMPs regularly maintained? | ☐ Yes  ☐ No  ☐ Unknown ☑ N/A |

DMax Industrial/Commercial Storm Water Inspection Form

**Exhibit A Page 40 of 57**

| | |
|---|---|
| What is the approximate percentage of the site that drains to the treatment control BMPs? | □ N/A |
| Do major potential pollutant sources drain to treatment BMP(s)? | □ All □ Some □ None □ N/A |
| If any illicit connections and/or illegal discharges were identified have the appropriate authorities been notified? | □ Yes □ No □ N/A |
| If any illicit connections and/or illegal discharges were identified, were they eliminated during the site visit? | □ Yes □ No □ N/A |
| Were any non IC/ID related corrective actions implemented during the site visit? | □ Yes □ No □ N/A |
| Were any educational materials distributed? | NOI  NONA/NEC   IF   IF-S   SP   SP-S IS   IS-S   AF   AF-S<br>DU   DU-S   MB   SWPPP DETAILS / PDP ASSESS. |

## E. STATE GENERAL INDUSTRIAL PERMIT COMPLIANCE*

□   Non-compliance with the State Industrial Storm Water General Permit noted.

   □ In the future, under a new Industrial Permit, which has not yet been adopted, this facility may be able to qualify for exemption from Permit coverage based on no outdoor exposure.

SPECIFIC ACTION(S) REQUIRED TO CORRECT THE VIOLATION DESCRIBED ABOVE*:

□   File a Notice of Intent (NOI) with the State Water Resources Control Board (SWRCB) to obtain coverage under the Industrial Permit—see Attachment 3 of the Industrial Permit (www.waterboards.ca.gov/stormwtr/industrial.html).

   □   For "Conditional" facilities only: this site presently has outdoor exposure that requires filing for coverage under the Industrial Permit. If you implement all the recommended BMPs and eliminate outdoor exposure, you may be able to qualify for exemption from obtaining Industrial Permit coverage. Please contact the RWQCB for details.

□   Develop and implement a Storm Water Pollution Prevention Plan (SWPPP)—see Section A of the Industrial Permit.

□   Develop and implement a storm water monitoring program--see section B of the Industrial Permit for guidelines.

□   Complete the provided Notice of Non-Applicability (NONA) and accompanying No Exposure Certification (NEC).

*Additional notes and/or actions required:*

_____
_____
_____
_____

## F. CORRECTIVE ACTION SUMMARY

☑   **Corrective Actions Required.** Please refer to sections D.1-D.6 and E of this form

□   No Corrective Actions Required at this Time.

## G. RECOMMENDED CITY ACTIONS**

_____
_____

Follow Up Inspection Priority:   □ Priority 1      □ Priority 2      ☑ Priority 3

ASSESSMENT
   Level of knowledge regarding stormwater issues:          □ 1   □ 2   □ 3   ☑ 4   □ 5
   Level of cleanliness, BMP implementation, orderliness of site:   □ 1   □ 2   □ 3   ☑ 4   □ 5

*Please note that the Regional Water Quality Control Board (RWQCB) is the final arbiter of Industrial Permit compliance; please contact the RWQCB at (858) 467-2952 for details of what is necessary to comply with the Industrial Permit.

**Recommended City actions listed at the time of inspection are subject to change based on later review by office staff.

2-28-12


P3280148.JPG


P3280149.JPG


P3280150.JPG


P3280151.JPG


P3280152.JPG


P3280153.JPG


P3280154.JPG


P3280155.JPG


P3280156.JPG


P3280157.JPG


P3280159.JPG


P3280137.JPG


P3280138.JPG


P3280139.JPG


P3280140.JPG


P3280141.JPG


P3280142.JPG


P3280143.JPG


P3280144.JPG


P3280145.JPG


P3280146.JPG


P3280147.JPG

# CITY OF EL CAJON

## STORM WATER COMPLIANCE INSPECTION
### Inspected by D-MAX Engineering, Inc.

Inspector Name __C. Bonner__    Date __1/30/13__  Time __10:00__ AM / PM

Type of Inspection:    Result: ☒ Full Insp. ☐ Could not Contact ☐ Not Inventoried ☐ Moved, Vacant ☐ Refused
☒ Routine ☐ Follow-up    ☐ Moved, Replaced by_____  ☐ Follow-up (i.e. not full)
☐ Complaint Investigation  ☐ Out of Jurisdiction ☐ Duplicate of: _____   ☐ Mobile

## A. CONTACT INFORMATION

|  | Original | Changes |
|---|---|---|

**Original**

Business Name __VERIDIAM__

Street Address __1717 N. CUYAMACA__
__92020__

Responsible Person(s) __ANDY GALE__
Title: __OWNER__
Business Telephone # __(619) 596-4300__ ext. ____
Business Fax # __(619) 562-1190__

Home Based? ☐ Yes ☒ No   Mobile Business? ☐ Yes ☒ No
Is this facility located in a multi-suite complex? ☐ Yes ☒ No
Facility personnel present: __DUANE HOLLANDER__

**Changes**

Business Name_____
_____
Street Address_____
☐ change _____
Responsible Person(s) __TOM CRESANTE__
Business Telephone # __(619) 596-__ ext. ____
Business Fax # ( ____ ) ____ - ____
__596-4303__
( PER DUANE
HOLLANDER
2/12/13

## B. FACILITY/SITE INFORMATION

Principal activity: __ROLLED STEEL MANUFACTURING__

Assigned NAICS code(s) __33122__ _____ and/or SIC Code(s) __3312__
Does NAICS Code best represent principal activity: ☐ Yes   ☐ No   SIC? ☒ Yes   ☐ No
Recommended change of NAICS Code(s)?_____ _____ _____ Of SIC? _____ _____ _____

__Existing NAICS code(s)__ _____ and SIC Code(s) _____

__Status Update__ (if no longer active in City or does not need an inspection): ☐ Moved/Out of Business ☐ Duplicate
☐ Not Inventoried ☐ Out of Jurisdiction

Does facility have a current business certificate? ☒ Yes ☐ No # __0084147__ Exp. __12/13__
Is facility subject to CA Statewide General Industrial Permit? ☒ Mandatory ☐ Conditional ☐ No
  Does facility have a Notice of Non-Applicability (NONA/NEC)? ☐ Yes ☒ No
  Has facility filed a Notice of Intent (NOI) to obtain coverage? ☒ Yes ☐ No WDID: 9 37I0 __20299__
Has facility filed a Notice Of Termination (NOT) for the WDID# listed above? ☐ Yes ☒ No Approval date: _____
                                                                                  month/yr
Does facility maintain SWPPP or BMP Plan? ☒ Yes ☐ No
Does facility have a storm water monitoring program? ☒ Yes ☐ No

## C. INITIAL OBSERVATIONS

Approximate distance to receiving water body:   ☒ 200 ft.   ☐ 200 - 1000 ft.   ☐ > 1000 ft.
Discharge points: __FIVE STORMDRAINS ON SITE; PERIMETER RUNOFF TO__
__NATURAL CHANNEL.__

Approximate area covered by industrial or commercial activities: __6 ACRES__ square feet
Approximate % impervious surface of this area __90__ %
Exposed areas of significant outdoor activity or storage? ☒ Permanent ☐ Occasional ☐ No

## D. BMP ASSESSMENT

| BMPs | No Corrections Required | | Corrections Required | | Comments |
|---|---|---|---|---|---|
| | N/A | Fully Implemented | Partially Implemented | Not Implemented | |
| **D.1 General** | | | | | |
| Keep site free of litter, debris, and sediment using dry methods | | / | | | |
| Keep parking lots, sidewalks, and streets free of sediment and debris using dry methods | | / | | | |
| Keep outdoor areas free of spills and leaks | | / | | | |
| Collect water from pressure washing or hosing and dispose of appropriately | / | | | | ☐ Unknown Performed by: |
| Direct roof downspouts away from areas of potential pollutants | | / | | | |
| Sewer lateral(s) maintenance | | / | | | |
| Establish a regular schedule for private sewer lateral maintenance | / | | | | |
| **D.2 Landscaping** | | | | | |
| Properly manage pesticides/fertilizer; use IPM when feasible | / | | | | ☐ Unknown Landscaping Co: |
| Employ adequate erosion prevention measures (vegetation or physical stabilization) | / | | | | |
| ...mize over watering/over-irrigation | | / | | | |
| ...operly store stockpiles to prevent material transport | / | | | | |
| Properly store and dispose of green waste | | / | | | ☐ Unknown |
| **D.3 Materials and Wastes** | | | | | |
| Protect trash area from contact with storm water | | / | | | |
| Keep trash area free of litter and debris, liquids, powders, sediment | | / | | | |
| Adequately cover materials stored outside | | | | / | |
| Prevent run-on from contacting materials stored outdoors | | | | / | |
| Properly label outdoor storage containers | | / | | | |
| Provide an accessible, functional spill response kit | | / | | | |
| Equip liquid storage containers with secondary containment | | / | | | |
| Keep secondary containment free of spills and rainwater | | / | | | |
| Properly store and dispose of hazardous materials | | / | | | |
| Keep loading and unloading areas, ...luding drains, free of debris | | / | | | |
| ...spose of water generated by processing activities appropriately | / | | | | |
| Dispose of pool, spa, fountain, and filter backwash water properly | / | | | | ☐ Unknown Performed by: |

| BMPs | No Corrections Required | | Corrections Required | | Comments |
|---|---|---|---|---|---|
| | N/A | Fully Implemented | Partially Implemented | Not Implemented | |
| Clean floor mats in locations that do not drain to storm drain system | ✓ | | | | |

## D.4 Equipment, Vehicles, and Outdoor Activities

| BMPs | | | | | |
|---|---|---|---|---|---|
| Conduct outdoor activities within contained areas (garage, under canopy, work shop) | | | | ✓ | MACHINE / WELD SHOP. |
| Use drip pans to collect leaks/spills | | ✓ | | | |
| Drain fluids from all non-operational vehicles stored outdoors | | ✓ | | | |
| Vehicle and equipment fueling | ✓ | | | | |
| Provide materials (berm, mat, etc.) to protect storm drain inlets from spills and leaks | | | | ✓ | |
| Perform vehicle/equipment washing in a contained area where runoff does not enter the MS4 | | ✓ | | | NOT ALLOWED ON SITE |

## D.5 Other

| BMPs | | | | | |
|---|---|---|---|---|---|
| Manage animals and animal waste in a manner that prevents animal waste from being transported in runoff | | ✓ | | | |
| Keep grease bin and area surrounding grease bin free of grease stains/spills | | ✓ | | | |
| Keep storm drain inlets free of grease and other food debris | | ✓ | | | |
| Identify and eliminate illicit connections and illegal discharges | | ✓ | | | |
| Provide storm water training for appropriate employees | | | ✓ | | |

## D.6 ADDITIONAL REQUIRED ACTIONS

(#1) INSTALL FILTER DEVICE AT ALL AREA STORM DRAINS. (ABSORBENT SOCK AT DRAIN #2 SEE PHOTO) (#2) MACHINE/WELD SHOP AT NORTH SIDE OF BUILDING MUST BE COVERED (#3) COVER ALL WASTE METAL BINS. (SEE PHOTOS)

☐ Based on inspection findings, it appears likely that significant levels of _____ METALS _____ would be present in storm water discharges from this site. Take action to reduce the levels of _____ to the maximum extent practicable. Treatment control BMPs are likely necessary.

Owner/operator has been notified of recommended corrective actions both verbally and by: ☐ Hand ☐ Mail ☐ Fax

Please refer to http://www.ci.el-cajon.ca.us/dept/works/stormwater.html for more information on BMP implementation options.

| D.7 Additional Questions | Comments/Results |
|---|---|
| Are there any potential air sources that could contribute to atmospheric deposition of pollutants? | ☐ Painting ☐ Sandblasting ☐ Fuel Distribution ☐ Dust dispersion or mineral processing ☐ Metal smelting ☐ Metal plating or anodizing ☐ Chemical production or mixing ☐ Large fuel burning device ☐ Incinerator  N/A |
| Does facility have a grease trap or grease interceptor? | ☐ No ☐ Grease Trap ☐ Grease Interceptor ☐ Unknown |
| Are there any treatment control BMPs on-site? | ☐ Filter insert ☐ Hydrodynamic separator ☑ Debris screen ☐ Sewer diversion ☐ Vegetated swale ☐ Vegetated filter strip ☐ Biofiltration ☐ Detention/sedimentation basin ☐ Containment and evaporation or reuse ☐ Filtration |
| Are treatment control BMPs regularly maintained? | ☑ Yes ☐ No ☐ Unknown ☐ N/A |

IMAx Industrial/Commercial Storm Water Inspection Form

Page 3 of 4

| | |
|---|---|
| What is the approximate percentage of the site that drains to the treatment control BMPs? **95** | ☐ N/A |
| Do major potential pollutant sources drain to treatment :)? | ☐ All ☒ Some ☐ None ☐ N/A |
| illicit connections and/or illegal discharges were identified have the appropriate authorities been notified? | ☐ Yes ☐ No ☒ N/A |
| If any illicit connections and/or illegal discharges were identified, were they eliminated during the site visit? | ☐ Yes ☐ No ☒ N/A |
| Were any non IC/ID related corrective actions implemented during the site visit? | ☐ Yes ☐ No ☒ N/A |
| Were any educational materials distributed? | NOI    NONA/NEC    IF    IF-S    SP    SP-S IS    IS-S    AF    AF-S <br> DU    DU-S    MB |

## E.  STATE GENERAL INDUSTRIAL PERMIT COMPLIANCE*

☐ Non-compliance with the State Industrial Storm Water General Permit noted.

  ☐ In the future, under a new Industrial Permit, which has not yet been adopted, this facility may be able to qualify for exemption from Permit coverage based on no outdoor exposure.

SPECIFIC ACTION(S) REQUIRED TO CORRECT THE VIOLATION DESCRIBED ABOVE*:

☐ File a Notice of Intent (NOI) with the State Water Resources Control Board (SWRCB) to obtain coverage under the Industrial Permit—see Attachment 3 of the Industrial Permit (www.waterboards.ca.gov/stormwtr/industrial.html).

  ☐ For "Conditional" facilities only: this site presently has outdoor exposure that requires filing for coverage under the Industrial Permit.  If you implement all the recommended BMPs and eliminate outdoor exposure, you may be able to qualify for exemption from obtaining Industrial Permit coverage.  Please contact the RWQCB for details.

☐ Develop and implement a Storm Water Pollution Prevention Plan (SWPPP)—see Section A of the Industrial Permit.

  Develop and implement a storm water monitoring program--see section B of the Industrial Permit for guidelines.

  Complete the provided Notice of Non-Applicability (NONA) and accompanying No Exposure Certification (NEC).

*Additional notes and/or actions required:*

_____

_____

_____

## F.  CORRECTIVE ACTION SUMMARY

☑ **Corrective Actions Required.**  Please refer to sections D.1-D.6 and E of this form

☐ No Corrective Actions Required at this Time.

## G.  RECOMMENDED CITY ACTIONS**

Follow Up Inspection Priority:  ☐ Priority 1     ☐ Priority 2     ☑ Priority 3

ASSESSMENT

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Level of knowledge regarding stormwater issues: | ☐ | ☐ | ☐ | ☒ | ☐ |
| Level of cleanliness, BMP implementation, orderliness of site: | ☐ | ☐ | ☐ | ☒ | ☐ |

*Please note that the Regional Water Quality Control Board (RWQCB) is the final arbiter of Industrial Permit compliance; please contact the RWQCB at (858) 467-2952 for details of what is necessary to comply with the Industrial Permit.

**Recommended City actions listed at the time of inspection are subject to change based on later review by office staff.

ᴅᴍᴀx Industrial/Commercial Storm Water Inspection Form





③



④







**City of El Cajon**
Public Works Department
200 Civic Center Way
El Cajon, CA 92020
(619) 441-1653
FAX (619) 579-5254





To: DUANE HOLLANDER      From: C. BONNER

Firm: VERIDIAM      Pages: # 7

Fax: 562-1190      Date: 2-7-13

Phone:      Subject:

☐ Urgent   ☐ Per Request   ☐ For Review   ☐ Please Comment   ☐ Please Reply

⊙ **Comments:**

                * COPY OF ANNUAL STORM
WATER INSPECTION REPORT.


P1300059.JPG


P1300060.JPG


P1300061.JPG


P1300062.JPG


P1300063.JPG


P1300064.JPG


P1300065.JPG


P1300045.JPG


P1300046.JPG


P1300047.JPG


P1300048.JPG


P1300049.JPG


P1300050.JPG


P1300051.JPG


P1300052.JPG


P1300053.JPG


P1300054.JPG


P1300055.JPG


P1300056.JPG


P1300057.JPG


P1300058.JPG

************* -COMM. JOURNAL- ************** DATE FEB-07-2013 ***** TIME 11:05 ****** P.1

```
MODE = MEMORY TRANSMISSION          START=FEB-07 11:04     END=FEB-07 11:05

   FILE NO.=411

 STN NO.   COMM.   ABBR NO.    STATION NAME/TEL NO.    PAGES   DURATION

  001      OK      ☎           5621190                 007/007 00:01:07


                                          -EL CAJON, CITY OF          -

********************************** - PUBLIC WORKS - ***** -              - ********
```

## City of El Cajon

Public Works Department
200 Civic Center Way
El Cajon, CA 92020
(619) 441-1653
FAX (619) 579-5254



# Fax

| | | | |
|---|---|---|---|
| To: | DUANE HOLLANDER | From: | C. BONNER |
| Firm: | VERIDIAM | Pages: | # 7 |
| Fax: | 562-1190 | Date: | 2-7-13 |
| Phone: | | Subject: | |

☐ Urgent    ☐ Per Request    ☐ For Review    ☐ Please Comment    ☐ Please Reply

● Comments:

     * COPY OF ANNUAL STORM
     WATER INSPECTION REPORT.

# CITY OF EL CAJON
## STORM WATER COMPLIANCE INSPECTION
Inspected by D-MAX Engineering, Inc.

Inspector Name _C. BONNER_   Date _3 / 4 / 14_   Time _9:30_ (AM)/ PM

Type of Inspection:   Result: ☑ Full Insp. ☐ Could not Contact ☐ Not Inventoried ☐ Moved, Vacant ☐ Refused
☑ Routine ☐ Follow-up   ☐ Moved, Replaced by _____ ☐ Follow-up (i.e. not full)
☐ Complaint Investigation   ☐ Out of Jurisdiction ☐ Duplicate of: _____ ☐ Mobile

## A. CONTACT INFORMATION

| Original | Changes |
|---|---|
| Business Name _VERIDIAM_ | Business Name _____ |
| Street Address _1717 N. CUYAMACA_ _92020_ | Street Address _____ ☐ change |
| Responsible Person(s) _TOM CRESANTE_ | Responsible Person(s) _GERALD CLOUTIER_ |
| Title: _OWNER_ | Business Telephone # ( ) _596_ ext. ___ |
| Business Telephone # _(619) 596 - 5303_ ext. __ | Business Fax # ( ) _448-1000_ |
| Business Fax # _( 619 ) 562 - 1190_ | |

Home Based? ☐ Yes ☑ No   Mobile Business? ☐ Yes ☑ No

Is this facility located in a multi-suite complex? ☐ Yes ☑ No    _546-4336_
_FACILITY_
Facility personnel present: _DUANE HOLLANDER_   _MGR._

## B. FACILITY/SITE INFORMATION

Principal activity: _MANUFACTURING._

Assigned NAICS code(s) _33122_ _____ and/or   SIC Code(s) _3312_

Does NAICS Code best represent principal activity: ☐ Yes   ☐ No   SIC? ☑ Yes   ☐ No

Recommended change of NAICS Code(s)? _____   Of SIC? _____

Existing NAICS code(s) _____   and   SIC Code(s) _____

Status Update (if no longer active in City or does not need an inspection): ☐ Moved/Out of Business ☐ Duplicate
☐ Not Inventoried ☐ Out of Jurisdiction

Does facility have a current business certificate? ☑ Yes ☐ No   # _0084147_ Exp. _12/31/14_

Is facility subject to CA Statewide General Industrial Permit?   ☑ Mandatory ☐ Conditional ☐ No

   Does facility have a Notice of Non-Applicability (NONA/NEC)?   ☐ Yes ☑ No

   Has facility filed a Notice of Intent (NOI) to obtain coverage?   ☑ Yes ☐ No   WDID: 9 3710 _20299_

Has facility filed a Notice Of Termination (NOT) for the WDID# listed above? ☐ Yes ☑ No   Approval date: _____

Does facility maintain SWPPP or BMP Plan?   ☑ Yes ☐ No _month/yr_

Does facility have a storm water monitoring program?   ☑ Yes ☐ No

## C. INITIAL OBSERVATIONS

Approximate distance to receiving water body:   ☑ < 200 ft.   ☐ 200 – 1000 ft.   ☐ > 1000 ft.

Discharge points: _FIVE STORM DRAINS ON SITE; PERIMETER RUNOFF TO NATURAL CHANNEL_

Approximate area covered by industrial or commercial activities: _6 ACRES_ square feet

Approximate % impervious surface of this area _90_ %

Exposed areas of significant outdoor activity or storage? ☑ Permanent ☐ Occasional ☐ No

Industrial/Commercial Storm Water Inspection Form     Page 1 of 4

## D. BMP ASSESSMENT

| BMPs | No Corrections Required | | Corrections Required | | Comments |
|---|---|---|---|---|---|
| | N/A | Fully Implemented | Partially Implemented | Not Implemented | |
| **D.1 General** | | | | | |
| Keep site free of litter, debris, and sediment using dry methods | | | | | |
| Keep parking lots, sidewalks, and streets free of sediment and debris using dry methods | | | | | |
| Keep outdoor areas free of spills and leaks | | ✓ | | | |
| Collect water from pressure washing or hosing and dispose of appropriately | ✓ | | | | ☐ Unknown Performed by: |
| Direct roof downspouts away from areas of potential pollutants | | ✓ | | | |
| Sewer lateral(s) maintenance | ✓ | | | | |
| Establish a regular schedule for private sewer lateral maintenance | ✓ | | | | |
| **D.2 Landscaping** | | | | | |
| Properly manage pesticides/fertilizer; use IPM when feasible | | ✓ | | | ☐ Unknown Landscaping Co: |
| Employ adequate erosion prevention measures (vegetation or physical stabilization) | | | ✓ | | |
| Minimize over watering/over-irrigation | | ✓ | | | |
| Properly store stockpiles to prevent material transport | ✓ | | | | |
| Properly store and dispose of green waste | ✓ | | | | ☐ Unknown |
| **D.3 Materials and Wastes** | | | | | |
| Protect trash area from contact with storm water | | ✓ | | | |
| Keep trash area free of litter and debris, liquids, powders, sediment | | ✓ | | | |
| Adequately cover materials stored outside | | | | ✓ | |
| Prevent run-on from contacting materials stored outdoors | | | | ✓ | |
| Properly label outdoor storage containers | | ✓ | | | |
| Provide an accessible, functional spill response kit | | ✓ | | | |
| Equip liquid storage containers with secondary containment | | ✓ | | | |
| Keep secondary containment free of spills and rainwater | | | | ✓ | |
| Properly store and dispose of hazardous materials | ✓ | | | | |
| Keep loading and unloading areas, including drains, free of debris | | | | ✓ | |
| Dispose of water generated by processing activities appropriately | ✓ | | | | |
| Dispose of pool, spa, fountain, and filter backwash water properly | ✓ | | | | ☐ Unknown Performed by: |

DM₂ᵣ Industrial/Commercial Storm Water Inspection Form

| BMPs | No Corrections Required | Corrections Required | | | Comments |
|---|---|---|---|---|---|
| | N/A | Fully Implemented | Partially Implemented | Not Implemented | |
| Clean floor mats in locations that do not drain to storm drain system | ✓ | | | | |
| **D.4 Equipment, Vehicles, and Outdoor Activities** | | | | | |
| Conduct outdoor activities within contained areas (garage, under canopy, work shop) | | | | ✓ | |
| Use drip pans to collect leaks/spills | ✓ | | | | |
| Drain fluids from all non-operational vehicles stored outdoors | ✓ | | | | |
| Vehicle and equipment fueling | ✓ | | | | |
| Provide materials (berm, mat, etc.) to protect storm drain inlets from spills and leaks | ✓ | | | | |
| Perform vehicle/equipment washing in a contained area where runoff does not enter the MS4 | ✓ | | | | NOT ALLOWED ON SITE |
| **D.5 Other** | | | | | |
| Manage animals and animal waste in a manner that prevents animal waste from being transported in runoff | ✓ | | | | |
| Keep grease bin and area surrounding grease bin free of grease stains/spills | ✓ | | | | |
| Keep storm drain inlets free of grease and other food debris | ✓ | | | | |
| Identify and eliminate illicit connections and illegal discharges | ✓ | | | | |
| Provide storm water training for appropriate employees | | ✓ | | | |

**D.6 ADDITIONAL REQUIRED ACTIONS**

SEE ATTACHED CORRECTION LIST.

☐ Based on inspection findings, it appears likely that significant levels of _____METALS_____ would be present in storm water discharges from this site. Take action to reduce the levels of _____"_____ to the maximum extent practicable. Treatment control BMPs are likely necessary.

Owner/operator has been notified of recommended corrective actions both verbally and by: ☑ Hand ☐ Mail ☐ Fax

Please refer to http://www.ci.el-cajon.ca.us/dept/works/stormwater.html for more information on BMP implementation options.

| D.7 Additional Questions | Comments/Results |
|---|---|
| Are there any potential air sources that could contribute to atmospheric deposition of pollutants? | ☐ Painting ☐ Sandblasting ☐ Fuel Distribution ☐ Dust dispersion or mineral processing ☐ Metal smelting ☐ Metal plating or anodizing ☐ Chemical production or mixing ☐ Large fuel burning device ☐ Incinerator *N/A* |
| Does facility have a grease trap or grease interceptor? | ☐ No ☐ Grease Trap ☐ Grease Interceptor ☐ Unknown |
| Are there any treatment control BMPs on-site? | ☐ Filter insert ☐ Hydrodynamic separator ☐ Debris screen ☐ Sewer diversion ☐ Vegetated swale ☐ Vegetated filter strip ☐ Biofiltration ☐ Detention/sedimentation basin ☐ Containment and evaporation or reuse ☐ Filtration |
| Are treatment control BMPs regularly maintained? | ☐ Yes ☐ No ☐ Unknown ☑ N/A |

| | |
|---|---|
| What is the approximate percentage of the site that drains to the treatment control BMPs? | ☐ N/A |
| Do major potential pollutant sources drain to treatment BMP(s)? | ☐ All ☐ Some ☐ None ☒ N/A |
| If any illicit connections and/or illegal discharges were identified have the appropriate authorities been notified? | ☐ Yes ☐ No ☒ N/A |
| If any illicit connections and/or illegal discharges were identified, were they eliminated during the site visit? | ☐ Yes ☐ No ☒ N/A |
| Were any non IC/ID related corrective actions implemented during the site visit? | ☐ Yes ☐ No ☒ N/A |
| Were any educational materials distributed? | NOI   NONA/NEC   IF   IF-S   SP   SP-S IS   IS-S   AF   AF-S   DU   DU-S   MB |

## E. STATE GENERAL INDUSTRIAL PERMIT COMPLIANCE*

☐ Non-compliance with the State Industrial Storm Water General Permit noted.

    ☐ In the future, under a new Industrial Permit, which has not yet been adopted, this facility may be able to qualify for exemption from Permit coverage based on no outdoor exposure.

SPECIFIC ACTION(S) REQUIRED TO CORRECT THE VIOLATION DESCRIBED ABOVE*:

☐ File a Notice of Intent (NOI) with the State Water Resources Control Board (SWRCB) to obtain coverage under the Industrial Permit—see Attachment 3 of the Industrial Permit (www.waterboards.ca.gov/stormwtr/industrial.html).

    ☐ For "Conditional" facilities only: this site presently has outdoor exposure that requires filing for coverage under the Industrial Permit. If you implement all the recommended BMPs and eliminate outdoor exposure, you may be able to qualify for exemption from obtaining Industrial Permit coverage. Please contact the RWQCB for details.

☐ Develop and implement a Storm Water Pollution Prevention Plan (SWPPP)—see Section A of the Industrial Permit.

☐ Develop and implement a storm water monitoring program--see section B of the Industrial Permit for guidelines.

☐ Complete the provided Notice of Non-Applicability (NONA) and accompanying No Exposure Certification (NEC).

*Additional notes and/or actions required:*

_____

_____

_____

## F. CORRECTIVE ACTION SUMMARY

☒ **Corrective Actions Required.** Please refer to sections D.1-D.6 and E of this form

☐ No Corrective Actions Required at this Time.

## G. RECOMMENDED CITY ACTIONS**

Follow Up Inspection Priority:  ☐ Priority 1  ☒ Priority 2  ☐ Priority 3

ASSESSMENT
    Level of knowledge regarding stormwater issues:  ☐ 1 ☐ 2 ☐ 3 ☒ 4 ☐ 5
    Level of cleanliness, BMP implementation, orderliness of site:  ☐ 1 ☒ 2 ☐ 3 ☐ 4 ☐ 5

*Please note that the Regional Water Quality Control Board (RWQCB) is the final arbiter of Industrial Permit compliance; please contact the RWQCB at (858) 467-2952 for details of what is necessary to comply with the Industrial Permit.

**Recommended City actions listed at the time of inspection are subject to change based on later review by office staff.

# Veridiam

# 1717 N Cuyamaca St

**Inspection Date : 3-4-14**

***Annual Storm Water Inspection Correction List:***

1. Provide hard cover for all metal waste containers stored outdoors

2. Install filter devices on all storm drain inlets

3. Repair pavement at outside fork lift storage area and along the front gate to prevent further soil erosion

4. Sweep all paved areas regularly of trash and debris

5. Properly dispose of water in secondary containment units and provide cover to prevent rain water intrusion

6. Provide cover for all outdoor work areas and material storage.

7. Update the facility storm water pollution prevention plan (SWPPP) to reflect the corrections and improvements

# CITY OF EL CAJON

200 Civic Center Way
El Cajon, CA 92020

Citation No.   0327

☐ Building    ☐ Planning
☐ Fire        ☒ Public Works

STORMWATER

## ADMINISTRATIVE CITATION

☒ WARNING

☐ 1ST CITATION   ☐ 2ND CITATION   ☐ 3RD CITATION   ☐ OTHER _____
$100 per violation   $200 per violation   $500 per violation   $_____

PAYMENT OF $ ___0___ IS DUE NO LATER THAN ___0___. (See reverse side for payment information.) PAYMENT DOES NOT EXCUSE CORRECTION OF THE VIOLATION.

CORRECTION OF THE VIOLATION(S) INDICATED BELOW MUST BE COMPLETED BY: 4-25-14
(Date)

IF YOU FAIL TO CORRECT THE VIOLATION(S) BY THIS DATE, THE NEXT LEVEL OF CITATION MAY BE ISSUED.

PERSON CITED   CLOUTIER, GERARD P.
GATE ANDY GR
Last Name   First   M.I.

☐ Property Owner   ☐ Tenant
☐ Business Owner   ☒ Other
FACILITIES MANAGER  CEO.

Mailing Address   SAME AS BELOW.
Mailing Address   City / State   Zip Code

Business Name VERIDIAM

1717 N. CUYAMACA EL CAJON
Violation Address   City

387-110-48.00
Assessor's Parcel Number

| Code Section Violated | Date of Violation | Description Of Violation |
|---|---|---|
| 13.10.070 (B) | 3-4-14 | FAILURE TO INSTALL, IMPLEMENT AND MAINTAIN MINIMUM BEST MANAGEMENT PRACTICES (BMPs). TO PREVENT POLLUTANT DISCHARGE. |
| 13.10.100(A)(C) | | FAILURE TO INSTALL IMPLEMENT AND MAINTAIN (BMPs) FOR INDUSTRIAL DISCHARGERS. |

☐ See attached for additional violations

Correction(s) Required

*SEE ATTACHED CORRECTION SHEET.

Issuing Officer: C. BONNER   Phone: (619) 441-1663   Date Issued: 3-25-14

OFFICER AVAILABLE BY APPOINTMENT ONLY.

Signature of Person Cited: _____
(Signing this citation acknowledges receipt only, and is not an admission of guilt)

Citation Served: ☐ In person to: GERALD CLOUTIER ☐ By Mail   ☐ Posted on Property   ☐ Other_____

SEE REVERSE SIDE FOR APPEAL RIGHTS AND OTHER IMPORTANT INFORMATION

(written vertically in left margin) QUME HOLM NUMBER 647-4834