1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COASTAL ENVIRONMENTAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>VERIDIAM, INC. a Delaware corporation,<br><br>Defendant. | Case No. 3:15-cv-02260-WQH-DHB<br><br>**ORDER** |

1  This matter came before the Honorable William Q. Hayes, and upon review of
2  Plaintiff Coastal Environmental Rights Foundation's Notice of Completion of Review
3  Period and Request for Entry of Consent Decree, and the [Proposed] Consent Decree
4  attached thereto marked Exhibit A, the Court approves the Consent Decree and orders as
5  follows:
6     1.   The Consent Decree executed by Plaintiff Coastal Environmental Rights
7         Foundation and Defendant Veridiam, Inc (collectively "the Parties") is
8         hereby approved and entered in this action.
9     2.   The Plaintiff's claims in this action are hereby dismissed with prejudice; and
10    3.   The Court hereby retains jurisdiction over the Parties with respect to
11        disputes arising under the Consent Decree. The Court's jurisdiction shall end
12        upon the termination of the Consent Decree in accordance with the
13        provisions of paragraphs 24-25 of the Consent Decree.
14
15 **IT IS SO ORDERED:**
16  Dated: December 17, 2015
17                                       Hon. William Q. Hayes
18                                       United States District Court